UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MAHLON OIE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

KAMAN & CUSIMANO LLC,

    Defendant.

Case No.: 2:24-cv-00775-JPS

**STIPULATION TO GRANT DEFENDANT KAMAN & CUSIMANO LLC LEAVE TO FILE A SUR-REPLY IN RESPONSE TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR ATTORNEY'S FEES, COSTS, INCENTIVE AWARD (ECF NO. 23); AND TO CLARIFY BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Mahlon Oie ("Plaintiff") and Defendant Kaman & Cusimano LLC ("Defendant") (together as the "Parties"), by and through their respective counsel, hereby stipulate as follows to allow Defendant to file a sur-reply related to the billing submitted by Class Counsel with Plaintiff's Reply in support of Plaintiff's Motion for Award of Attorney's Fees, Costs, and Incentive Award (ECF Nos. 23-25) and to clarify any ambiguity and set the Parties' briefing schedule related to the Motion for Final Approval of the Class Action Settlement.

WHEREAS, on January 14, 2026, Plaintiff filed a Reply brief (ECF No. 23) in support of Plaintiff's Motion for Award of Attorney's Fees, Costs, and Incentive Award ("Plaintiff's Fee Motion") accompanied by the Declarations of Class Counsel, which included Class Counsel's detailed billing records (ECF Nos. 24-25), in response to Defendant's Opposition to Plaintiff's Fee Motion.

1

WHEREAS, counsel for the Parties have met and conferred and agreed to allow Defendant the opportunity to submit a sur-reply as to only Class Counsel's billing only, should the Court be amenable to entertaining Defendant's sur-reply; and Defendant shall file said sur-reply as to Class Counsel's billing only by no later than January 26, 2026.

WHEREAS, in reviewing the Court's Preliminary Approval Order (ECF No. 20), counsel for the Parties have observed an ambiguity in the deadline for the filing of Plaintiff's Motion for Final Approval of the Settlement (*Id*. at 14, ¶ 11). In order to clarify any ambiguity, and in light of Defendant's anticipated sur-reply, the Parties respectfully request that the Court enter an Order that Plaintiff's Motion for Final Approval of the Settlement be filed **twenty-one (21) days prior to the Final Fairness Hearing**, which is scheduled for February 20, 2026 at 8:30 AM before the Honorable Judge J.P. Stadtmueller in Courtroom 425 of the above-captioned Court.

WHEREAS, in order to conserve the expenditure of additional attorney's fees and costs associated with travel and appearance for the Final Fairness Hearing, and for the sake of efficiency, the Parties respectfully request that Plaintiff's counsel that is located outside of Wisconsin be granted permission to appear via either video conference of telephonically for the Final Fairness Hearing, while Class Counsel located in Wisconsin will appear for the Fairness Hearing in person.

WHEREAS, counsel for the Parties respectfully submit that the above is requested in good faith and for good cause, and neither of the Parties will be unfairly prejudiced.

Based on the above, counsel for the Parties respectfully request that the Court approve the Parties stipulation to (1) grant Defendant leave to file a sur-reply as to Class Counsel's billing only by January 26, 2026, (2) clarify that Plaintiff's Motion for Final Approval of the Settlement shall be filed twenty-one (21) days prior to the Final Fairness Hearing, by January 30, 2026; and (3) grant permission for Plaintiff's counsel located outside of Wisconsin to appear via either video

conference or telephonically for the Final Fairness Hearing.

**IT IS SO STIPULATED.**

                                              Respectfully submitted,

Dated: January 19, 2026           By: */s/ Mona Amini*
                                          David J. McGlothlin, Esq.
                                          Mona Amini, Esq.
                                          Gustavo Ponce, Esq.
                                          KAZEROUNI LAW GROUP, APC
                                          245 Fischer Ave., Unit D1
                                          Costa Mesa, CA 92626

                                          Matthew McKenna, Esq. (Bar No. 1136438)
                                          SHIELD LAW, LLC
                                          237 South St. Unit 110
                                          Waukesha, WI 53186
                                          Telephone: (262) 420-5953
                                          Facsimile: (508) 588-7303

                                          *Attorneys for Plaintiff Mahlon Oie*
                                          *and the Settlement Class*


Dated: January 19, 2026           By: */s/ John K. Rossman*
                                          John K. Rossman (MN #0244831)
                                          Trevor S. Johnson (WI SBN #1134892)
                                          Rossman Kirk, PLLC
                                          2626 E. 82nd Street, Suite 135
                                          Bloomington, MN 55425
                                          Telephone: (952) 960-8660
                                          John.Rossman@rossmankirk.com
                                          Trevor.Johnson@rosssmankirk.com

                                          *Attorneys for Defendant Kaman &*
                                          *Cusimano LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Any attorney not an ECF participant here, hard copies of the foregoing will be provided via personal delivery or by postal mail.


Dated: January 19, 2026                By: /s/ Mona Amini
                                           Mona Amini, Esq.

4

Case 2:24-cv-00775-JPS    Filed 01/19/26    Page 4 of 4    Document 26