**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

|  |  |
|---|---|
| MAHLON OIE, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>KAMAN & CUSIMANO LLC,<br><br>                Defendant. | Case No.: 2:24-cv-00775-JPS |

**DECLARATION OF MONA AMINI IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD**

I, Mona Amini, hereby declare under penalty of perjury that the following is true and correct:

1.      I have personal knowledge of the following facts and, if called as a witness, would testify as follows.

1.      I am a partner at Kazerouni Law Group, APC. I was admitted to the State Bar of California in 2014 and the State Bar of Nevada in 2020. I have litigated cases in both state and federal courts nationwide, and I have been admitted to practice before the United States District Court for the Eastern District of Wisconsin.

2.      I am one of the attorneys for Plaintiff Mahlon Oie ("Plaintiff" or the "Class Representative") in the above-captioned action (the "Action" or the "Litigation") against Defendant Kaman & Cusimano LLC ("Defendant") arising from alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, *et seq.* ("FDCPA").

3.     I was appointed by the Court as Class Counsel in this Action together with my colleagues David J. McGlothlin and Gustavo Ponce at Kazerouni Law Group, APC, and our co-counsel Matthew McKenna from Shield Law, LLC (collectively "Class Counsel").

4.     I submit this declaration in support of Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees, Costs, and Incentive Award in this Action.  In the interest of efficiency, Class Counsel's previous declarations, including but not limited to the portions regarding Class Counsel's experience, training, and qualifications are incorporated herein by reference.

5.     Class Counsel completed a significant amount of work on this case, which resulted in a successful Settlement discussed in the pleadings thus far submitted to the Court in this Action, and in Plaintiff's Motion for Final Approval of Class Action Settlement filed concurrently with this declaration on January 30, 2026.

### Factual and Procedural Background

6.     Plaintiff initiated this Action by filing the Complaint on June 21, 2025. (ECF No. 1). Sometime prior to August 30, 2024, Plaintiff allegedly incurred financial obligations to an original creditor, The Sunset Homes Association, Inc. primarily for personal, family or household purposes, which was a "debt" as that term is defined by 15 U.S.C. § 1692a(5) (the "Debt"). Complaint ¶ 22-23. Sometime after incurring this Debt, Plaintiff allegedly defaulted on the alleged Debt and sometime thereafter Defendant was assigned or transferred the Debt and proceeded to engage in collection activities in efforts to collect the alleged Debt from Plaintiff. *Id*. at ¶ 24-25. Defendant attempted to collect a debt from Plaintiff by sending Plaintiff an initial written communication that inaccurately represented that Plaintiff had only ten (10) days to dispute the alleged debt or request validation from Defendant. *Id*. at ¶¶ 26-32.

7. After extensive investigation and evaluation of the facts and law concerning the claims asserted in the Action and good faith and arm's length settlement negotiations, the parties arrived at a settlement and compromise of disputed claims.

8. Based on Class Counsel's experience with similar class actions and my investigation, research, and knowledge of the specific facts and legal issues in this Action, Class Counsel believe that the proposed Settlement, including the relief to Settlement Class Members, is fair, reasonable and adequate to the proposed class, and that it is in the best interests of the proposed class to settle the action, in light of the risks, expense and likely delay that would be caused by further litigation balanced against the benefits of the Settlement.

9. While Plaintiff is confident of a favorable determination on the merits, Plaintiff believes it is desirable to compromise, settle, and forever bar the Action to eliminate the further risk and expense of litigation, including the filing of a motion for class certification, Plaintiff agrees that the Settlement provides substantial settlement benefits to the Settlement Class Members. Agr. §§ 16. Defendant denies liability but has also determined it is desirable to settle this Action to avoid further expense, inconvenience, and inherent risk of continued litigation. *Id.* at §§ 3, 6, 9.

10. Taking into consideration the burdens, uncertainty and risks inherent in this litigation, Class Counsel have concluded that further prosecution of this action through trial would be protracted, burdensome, and expensive, and that it is desireable, fair, and beneficial to the parties and the Settlement Class that the action now be fully and finally compromised, settled and terminated in the manner and upon the terms and conditions set forth in the Settlement Agreement.

11. After reaching a settlement in principal regarding the relief to the Settlement Class, the parties continued negotiations regarding the remaining settlement terms, and worked cooperatively on drafting the Class Action Settlement Agreement over several months, which

involved exchanging multiple drafts of the Agreement as well as the exhibits attached thereto, such as the draft Mail Notice, and the draft preliminary approval order and final approval orders.

## Summary of the Settlement Terms

12. Pursuant to the Settlement Agreement, and the Preliminary Approval Order, the Settlement Class is defined as:

> All natural persons within the United States who were subjected to the Collection Activities of an alleged debt to whom Defendant sent an initial communication between June 21, 2023 and June 21, 2024 that was substantially similar or identical to the Collection Letter as defined in the Class Settlement Agreement ¶ 13(a).

*See* Preliminary Approval Order (ECF No. 20 at 11-12); Agr. § 13.a.

13. The Settlement provides that all Class Members will receive a *pro rata* portion of the $3,000.00 Settlement Fund. The parties previously estimated 93 Class Members, however after further review of the Class definition and the Class List following the Court's Preliminary Approval Order, the Class is ultimately comprised of 82 individual Class Members. Each Class Member who does not submit an Opt-Out Request in accordance with the terms of the § 21 of the Settlement Agreement will receive a *pro rata* payment from the Settlement Fund. No money remaining in the Settlement Fund shall revert to or otherwise be paid to Defendant. Any Remaining Funds from the Settlement Fund not distributed following the expiration of the issued Settlement Award checks, or any money in the Settlement Fund that has not otherwise been distributed to the Class Members shall be paid to the proposed *cy pres* recipient, Marquette Law School Volunteer Legal Clinic, subject to the Court's approval. Agr. § 19.d.

14. In addition to the *pro rata* monetary payments to be provided to the Class Members from the Settlement Fund, Defendant will also separately pay the costs of the Settlement Administrator for providing the Class with the Mail Notice, as well as other services and expenses

related to the administration and distribution of the Settlement. The parties agreed to select Class-Settlement.com, which was appointed by the Court as the Settlement Administrator in the Preliminary Approval Order.

15. In addition, and subject to the Court's approval, Defendant shall pay the Plaintiff Recovery in the amount of $1,000.00 to the Plaintiff, which represents damages and an Incentive Award of $1,000.00 for the time and effort personally invested by Plaintiff for the benefit of the Class in this Litigation as the named Plaintiff and Class Representative. Agr. § 17. The Court's approval of any Plaintiff Recovery or Incentive Award for Plaintiff is not a condition of the Settlement. Defendant has not opposed the requested Incentive Award for Plaintiff and no objection has been received from the Class Members to the proposed an Incentive Award. If approved by the Court, Plaintiff's Incentive Award will be paid by Defendant separate and apart from the Settlement Fund and does not reduce the Settlement Fund available to Settlement Class Members.

16. The Parties discussed attorney's fees and costs after an agreement was reached regarding the relief for the Class, and disagree as to the amount of reasonable attorneys' fees that should be awarded to Class Counsel as a result of the Litigation and Defendant has reserved any and all defenses to Class Counsel's claim for attorney's fees and costs. Plaintiff has moved for an award of an award of attorney's fees and costs along with the requested Incentive Award for Plaintiff for serving as the Class Representative in this Litigation for the benefit of the Class. (ECF Nos. 21, 23-25). Defendant has submitted its opposition to Plaintiff's Motion for Award of Attorney's Fees, Costs, and Incentive Award (ECF Nos. 22, 27), but only as to the requsted attorney's fees. Should the Court grant final approval and an award of attorney's fees and costs, Defendant shall pay Class Counsel's attorney's fees and costs, separate and apart from the

Settlement Fund, within 30 days of the Court's Order granting an award of attorney's fees and costs. Agr. § 18. The Settlement is not conditioned on the Court's approval of Class Counsel's attorney's fees and costs and does not reduce the Settlement Fund available to Settlement Class Members.

## Preliminary Approval of the Settlement

17.     On June 4, 2025, Plaintiff filed the unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of the Settlement Class for settlement purposes. (ECF No. 19).

18.     After considering Plaintiff's Motion for Preliminary Approval, as well as the declarations submitted in support thereof, on October 15, 2025, the Court issued the Preliminary Approval Order (ECF No. 20) granting preliminary approval of the Class Settlement Agreement and certifying the Settlement Class, finding the proposed Settlement to be fair and reasonable and that the requirements of Rule 23 were met. In addition, the Court approved the Class Notice, finding it to be the best notice practicable under the circumstances, and constituting valid, due, and sufficient notice to class members in full compliance with the requirements of applicable law, including the due process clause of the United States Constitution, and ordering the Settlement Administrator to administer the Class Notice (ECF No. 19 at 12-13).

## Notice to the Class Members

19.     Per the Settlement Agreement and the Court's Preliminary Approval Order, the Settlement Administrator has sent Class Members individual direct Mail Notice by first class U.S. Mail to the most recent mailing address provided by Defendant for the Class Members in the same form of Exhibit 3 (the "Mail Notice"), as approved by the Court. Agr. § 19.b. Defendant provided the Class List to the Settlement Administrator, providing the names and mailing addresses and/or e-

mail addresses for each of the Class Members. The Mail Notices meets the requirements of Rule 23(c)(2)(B) as they will include information for the members of the Class regarding the nature of the Action, the Class definition, information about the Settlement Award available for the Class Members, how to submit an Opt-Out Request to exclude themselves from the Settlement before the Opt-Out Deadline, how to submit an Objection before the Objection Deadline, as well as the binding effect of the Settlement on Class Members who do not exclude themselves from the Settlement. The Mail Notice also provided Class Members with information regarding the scheduled Final Approval Hearing.

Class Counsel has been informed that following the Court's Preliminary Approval Order (ECF No. 19), on October 30, 2025, counsel for Defendant caused notices to be sent in accordance with the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 (the "CAFA Notice") to the Attorney General of the United States and the Attorney General of Wisconsin via Certified Mail. *See* Declaration of John K. Rossman attached hereto as **Exhibit 1** ("Rossman Decl.") ¶¶ 2-3, Exhibits A-B. Also, out of an abundance of caution, after receiving a returned damaged, empty envelope that had contained the CAFA Notice sent to the Attorney General for the United States, counsel for Defendant resent the CAFA Notice to Attorney General for the United Sates again on December 9, 2025, via Certified Mail. *Id*. ¶ 4, Exhibits C-D.

20.     The Settlement Administrator, Class-Settlement.com, caused direct Mail Notice sent by U.S. First Class Mail to each of the Class Members on November 6, 2025. *See* Declaration of Dorothy Sue Merryman attached hereto as **Exhibit 2** ("Merryman Decl.") ¶¶ 8-9. As of January 15, 2026, four (4) of the Mail Notices were returned by the U.S. Postal Service as undeliverable. *Id*. ¶ 10.   The Settlement Administrator was able to obtain new addresses for three (3) of the returned Mail Notices and they were remailed. *Id*.  In total, the Settlement Administrator estimates

that direct Mail Notice was successfully sent to approximately 99% of the Class. *Id*. In light of this, it is Class Counsel's opinion that the Class received the best notice practicable under the circumstances, which was in the form preliminarily approved by the Court, the direct Mail Notice to the Class satisfied due process.

21. The Opt-Out Deadline and Objection Deadline passed on December 29, 2025, and to date there have been no Objections from the Class, and Class Counsel is informed by the Settlement Administrator that only one (1) Opt-Out Requests has been received from a Class Member. *See* Merryman Decl. ¶ 11. Accordingly, it is Class Counsel's opinion that the Class Members' reaction to the Settlement has been overwhelmingly positive, and the Settlement has been well-received by the Class; and this weighs strongly in favor of the Settlement warranting final approval.

### Contingent Nature of the Litigation

22. Unfortunately, there are very few attorneys who regularly represent plaintiffs in cases involving the FDCPA. This is most likely due to the specialized and complex nature of the statute and case law and due to the relative financial resources of the respective parties, whereby the consumer is often forced to "match resources" with the defendant and litigate his or her rights up to, and sometimes through, trial.

23. Class Counsel's hourly rates include many factors beyond personal compensation, including non-billed office personnel, equipment, insurance, research materials, office, and other overhead expenses. FDCPA litigation inevitably involves large corporations, which have the capacity to bring enormous resources to bear that individual consumers are simply unable to meet on their own. Collection companies vigorously resist settling cases. Thus, if plaintiffs' attorneys are not compensated at a rate that allows them to maintain the technological – as well as intellectual

and professional resources – to match corporate defendants' exhaustive resources, consumers simply cannot prevail. Few attorneys have the means and ability to take these cases, and if those that do so are not compensated at a rate that allows them the chance of prevailing on behalf of consumers, these cases will not be brought, and the remedial purpose of this legislation will fail.

24. The average consumer does not have funds to litigate this type of case. Therefore, in further justification of our fees, I note that we have taken on this matter entirely on a contingency fee basis, advanced all litigation costs, and did not charge the consumer one penny up front, taking on the significant risk of non-payment. My firm undertook this matter entirely on a contingency fee basis.

25. This case has required Kazerouni Law Group, APC to spend time on this Litigation that could have been spent on other matters. At various times during the litigation of this class action, this Litigation has consumed Class Counsel time as well as my Class Counsel's resources. Kazerouni Law Group, APC has not been paid anything for our work on this case since it was filed. It is Class Counsel's opinion that law firms in such a position expect to receive a multiplier in cases such as these because of the risk taken, the extent to which firms are unable to take on other cases, the delay in getting paid and the costs Class Counsel must advance in order to litigate such cases.

26. Class Counsel filed this Action on behalf of Plaintiff and the Class in June 2024, with the knowledge that Class Counsel would be required to devote numerous hours of work to the case with no guarantee of success. Class Counsel prosecuted this matter on a purely contingent basis while agreeing to advance all necessary expenses knowing that Class Counsel would only receive compensation if there was a recovery. Thus, Class Counsel took on the risk that if the case were to be lost, Class Counsel would not get paid or reimbursed at all. This alone would justify a

fee rate well in excess of the fees Class Counsel charge for doing hourly work.

**Reasonableness of Kazerouni Law Group, APC's Hourly Rates**

27.     Kazerouni Law Group, APC's hourly rates are reasonable.  The hourly rates Class Counsel have requested in this action are commensurate with the experience and training of Class Counsel.

28.     David J. McGlothlin is a Managing Partner at Kazerouni Law Group, APC and have handled consumer protection matters and class action litigation, including FDCPA matters, for over 15 years. Mr. McGlothlin's requested hourly rate of $625 per hour is reasonable and appropriate, and has been approved by other courts, including in *Nilchian v. Organic Pastures Dairy Company,* No. 30-2020-01166856-CU-MC- CXC (Super Ct. Orange County) (finally approved class action settlement, granting plaintiff's requested attorney's fees and costs, approving Mr. McGlothlin's $625 hourly rate); *Khatib v. JMS Industries, LLC*, No. 5:24-cv-01125-MCS-SSC (Jan. 26, 2026 C.D. Cal.) (default judgment awarded approving Class Counsel's hourly rates).

*29.*     Mona Amini is a Partner at Kazerouni Law Group, APC, and has handled consumer protection matters and class action litigation, including cases involving the FDCPA, for over 11 years. Ms. Amini's requested hourly rate of $725 per hour is reasonable and appropriate and has been approved by several other courts, including the following: *In re loanDepot Data Breach Litigation*, No. 8:24-cv-00136-DOC-JDE (C.D. Cal. Aug. 25, 2025) (finally approved class action settlement, approving Ms. Amini's hourly rate of $725); *Hillbom v. R1 RCM, et al.*, No. 2:24-cv-00664-JAD-EJY (D. Nev. Nov. 14, 2025) (finally approved class action settlement, approving hourly rate of $725 for Mona Amini);   *Kuhn v. Nations Direct Mortgage LLC*, No. 24000115CAAXMX (Walton County, Fla.) (finally approved class action settlement, approving hourly rate of $725 for Ms. Amini); *Khatib v. JMS Industries, LLC*, No. 5:24-cv-01125-MCS-SSC

(Jan. 26, 2026 C.D. Cal.) (default judgment awarded approving Class Counsel's hourly rates).

30.     Gustavo Ponce is an Associate Attorney at Kazerouni Law Group, APC, and has handled individual consumer cases and partaken in class action cases, for over 6 years. Mr. Ponce's requested hourly rate of $395 is reasonable and appropriate, and has been approved by other courts, including recently in *Hillbom v. R1 RCM, et al.*, No. 2:24-cv-00664-JAD-EJY (D. Nev. Nov. 14, 2025) (finally approved class action settlement, approving hourly rates of $395 for Gustavo Ponce); *Khatib v. JMS Industries, LLC*, No. 5:24-cv-01125-MCS-SSC (Jan. 26, 2026 C.D. Cal.) (default judgment awarded approving Class Counsel's hourly rates).

31.     In light of the above, I respectfully submit that this firm spent time and utilized skill, careful and thorough preparation, and investigation through litigation necessary to reach a favorable result for the Plaintiff and to confer the Settlement's benefits for the Class.

## Class Counsel's Lodestar

32.     After carefully reviewing my firms billing records, I determined that my firm's fees were reasonably incurred in litigating this Action to a successful resolution. My firm has maintained contemporaneous time records since the commencement of this Action and the attorney time billed for this Action has been reduced, eliminating entries by paraprofessionals and other office staff, not billing for some attorney time expended by Class Counsel in this Litigation.

33.     To date, Kazerouni Law Group, APC has incurred a total of 163.8 hours of attorney time for this case, for a total lodestar of $89,828.00 as summarized below:

| Kazerouni Law Group, APC | | | | |
|---|---|---|---|---|
| **Name** | **Professional Level** | **Billing Rate** | **Total Hrs.** | **Lodestar** |
| David J. McGlothlin | Partner | $625 | 28.9 | $18,062.50 |
| Mona Amini | Partner | $725 | 56.0 | $40,600.00 |
| Gustavo Ponce | Associate | $395 | 78.9 | $31,165.50 |
| | | **Total:** | **163.8** | **$89,828.00** |

Kazerouni Law Group, APC's updated detailed time records are attached hereto as **Exhibit 3**. Based upon my review of Kazerouni Law Group, APC's lodestar to date, together with the lodestar submitted by co-Class Counsel, Matthew McKenna of Shield Law (which is 30.9 hours at an hourly rate of $400/hour, for a total lodestar of $12,360.00 (ECF No. 25 at 2)), **Class Counsel's combined total is 194.7 hours of attorney time for this Action, for a total combined lodestar of $102,188.00 to date in this Litigation.**

34.    The work performed by Class Counsel to date includes (1) developing case strategy, (2) investigating Plaintiff's claims, researching, and filing the Complaint, and drafting discovery requests tailored to the claims and class viability in this action, (3) drafting and negotiating the Settlement Agreement, Notice documents, and other exhibits, (4) obtaining and comparing bids from settlement administrators, (5) drafting the preliminary approval motion papers, (6) overseeing the Notice to the Settlement Class; (7) drafting the Motion for Attorney's Fees, Costs, and the Incentive Award for Plaintiff, and subsequent filings in support thereof; and (8) preparing the Motion for Final Approval of Class Action Settlement.

35.    In addition to the work performed by Class Counsel thus far, additional work will be required beyond the instant motion and through the date of final approval as Class Counsel must still: (1) prepare for and attend the final approval hearing, (2) respond to inquiries from Settlement Class Members, (3) oversee the Settlement through the Final Approval Order and distribution of the Settlement, (4) oversee the Settlement administration process, and, if needed, (5) provide the Court with additional information concerning the additional lodestar and costs incurred prior to the Final Approval Hearing.

## Class Counsel's Unreimbursed Costs

36.    Kazerouni Law Group, APC has incurred unreimbursed litigation costs in this matter in the amount of $594.04 at this point in the Litigation, prior to Final Approval Hearing. Specifically, my firm's costs incurred in this Action are comprised of the following:

| Category/Description | Costs |
|---|---|
| Process Server Fees | $240.00 |
| Court Filing Fees | $276.00 |
| Notary Service Fee | $ 10.00 |
| Postage/Mailing Costs | $ 68.04 |
| **Total:** | **$594.04** |

37.    Class Counsel respectfully submit that these costs were reasonably necessary for the prosecution and ultimate successful resolution of this litigation and were incurred by Class Counsel for the benefit of Settlement Class Members, and there was no guarantee that they would be reimbursed in light of the contingent nature of this Litigation. As discussed in Plaintiff's Motion, Class Counsel undertook this Litigation purely on a contingency fee basis.

38.    Based upon my review of Kazerouni Law Group, APC's costs described above (which are $594.04 to date), as well as the costs of co-Class Counsel, Matthew McKenna of Shield Law (which are $405.00 to date (ECF No. 21-2 at 2), **Class Counsel's total combined unreimbursed costs incurred to date are $999.04 to date in this Litigation.**

39.    Class Counsel anticipate additional attorney's fees and costs will be incurred through final approval and for Class Counsel's preparation, travel, and appearances for the Final Approval Hearing.

40.    Based on Class Counsel's experience with similar class actions, including class action settlements in FDCPA cases and the investigation, research, and knowledge of the specific facts and legal issues in the Action, Class Counsel believe that the Settlement is fair, reasonable, adequate, and warrants final approval by the Court.

**Plaintiff's Requested Incentive Award**

41.     As discussed in further detail in Plaintiff's Motion, Plaintiff respectfully requests the Court to grant an Incentive Award of $1,000.00, as agreed upon by the parties in the Settlement. Plaintiff has been active in this litigation since its inception and provided critical information to Class Counsel, which made the successful litigation of this matter possible, subjected himself to public attention by lending his name to this action and has actively engaged in this action. Plaintiff's efforts include, for example: time spent in pre-suit investigation, reviewing documents including the complaint and the settlement agreement, reviewing motions, submitting his declaration in support of the motion for preliminary approval, and willingness to proceed with litigation of this case through to a trial if necessary. *See* Decl. of Mahlon Oie ¶ 8, ECF No. 19-2.

42.     Based on Plaintiff's involvement in the case, including lending his name to this case and his  time and effort spent in this Litigation as the Class Representative to represent the putative class members and bring the Class Members the benefits provided by this Settlement, and in comparison to service awards or incentive awards granted by other courts for a class representative's involvement in similar litigation, Class Counsel submits that the requested Incentive Award of $1,000.00 for Plaintiff's service as the Class Representative is fair and reasonable.


I declare under penalty of perjury under the laws of the State of Wisconsin and the United States of America that the foregoing is true and correct. Executed on January 30, 2026.


By: _/s/       Mona Amini_____
                Mona Amini

# EXHIBIT 1

# UNITED STATES DISTRICT COURT THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MAHLON OIE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>KAMAN & CUSIMANO LLC,<br><br>        Defendant. | Case No.: 2:24-cv-00775-NJ |

## Declaration of John K. Rossman

I, John K. Rossman, state that I have personal knowledge of the facts set forth herein, and declare as follows:

1. I am an attorney representing Defendant Kaman & Cusimano LLC in this matter.

2. On October 30, 2025, I caused a notice ("CAFA Notice") of the proposed settlement in this case to be sent to the Attorney General of the United States and to the Attorney General of Wisconsin, in which State all class members reside. I caused these notices to be sent in accordance with the Class Action Fairness Act of 2005, 28 U.S.C. § 1715. The CAFA Notices were sent to each recipient via certified mail and included all required documents.

3. **Exhibit A** hereto is a copy of the CAFA Notice I caused to be sent to the United States Attorney General. **Exhibit B** hereto is a copy of the CAFA Notice I caused to be sent to the Attorney General of Wisconsin.

4. On or about December 9, 2025, the United States Postal Service returned the damaged, empty envelope that previously contained the CAFA Notice sent to the United States Attorney General in this matter. **See Exhibit C**. Out of an abundance of caution, on December 9, 2025, I resent the CAFA Notice to the United States Attorney General via Certified Mail. **See Exhibit D**.

5. The CAFA Notices provide all information required under 28 U.S.C. § 1715(b).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>January 27, 2026</u>.                    */s/ John K. Rossman*

EXHIBIT A



John K. Rossman, Attorney
Benjamin J. Kirk, Attorney
Trevor S. Johnson, Attorney
Garrett J. Crowley, Attorney
John H. Bedard, Jr., Counsel
Ronald S. Canter, Esq., Counsel
Jonathan Aust, Of Counsel
David Kleber, Of Counsel

October 30, 2025

**Via Certified Mail**

The Honorable Pamela Bondi
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue
Washington, D.C. 20530-0001

Re:    Notice of Proposed Settlement pursuant to 28 U.S.C. § 1715
       *Mahlon Oie v. Kaman & Cusimano, LLC,* 24-CV-775-JPS (E.D. Wis.)

Dear Attorney General Bondi:

Pursuant to Section 3 of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, I write on behalf of my client, Defendant Kaman & Cusimano, LLC, ("Kaman & Cusimano"), and hereby notify you, as the appropriate federal official, of the proposed settlement of the above-referenced action (the "Action") currently pending in the United States District Court for the Southern District of Indiana, Indianapolis Division (the "Court").

Pursuant to 28 U.S.C. § 1715(b), Kaman & Cusimano is required to provide you with the eight items addressed below.

1. <u>28 U.S.C. § 1715(b)(1) – The Complaint and any materials filed with the Complaint, and any Amended Complaints.</u>

Enclosed as **Exhibit 1** is a copy of the Complaint filed on June 21, 2024 in the USDC for the Eastern District of Wisconsin.

2. <u>28 U.S.C. § 1715(b)(2) – Notice of any scheduled judicial hearing in the Action.</u>

On June 4, 2025, Plaintiff filed its Memorandum of Points and Authorities for

Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class (ECF 19) (enclosed as **Exhibit 2**). The dates of the preliminary approval hearing(s) and final approval hearing(s) are not yet set.

3. <u>28 U.S.C. § 1715(b)(3) – Proposed or final Notification to Class Members.</u>

The settlement with the Defendant proposes injunctive relief to all Class Members. The Defendant agrees to forebear on further collection efforts on the judgment accounts of the class members that they own. Pursuant to Fed. R. Civ. P. 23(b)(2)(A), notice to the class is not required.

4. <u>28 U.S.C. § 1715(b)(4) – Proposed or final Class Action Settlement.</u>

Enclosed as **Exhibit 3** is Appendix A (ECF 19-1) to Plaintiff's Memorandum of Points and Authorities for Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class (ECF 19). Appendix A includes the following documents:

- Executed Class Action Settlement Agreement;
- Proposed Preliminary Approval Order; and
- Proposed Final Approval Order for Injunctive Relief.

5. <u>28 U.S.C. § 1715(b)(5) – Any settlement or other agreement contemporaneously made between class counsel and counsel for defendants.</u>

There are no other agreements between Class Counsel and counsel for Kaman & Cusimano.

6. <u>28 U.S.C. § 1715(b)(6) – Any Final Judgment or Notice of Dismissal.</u>

There has been no Final Judgment or Notice of Dismissal in this Action.

7. <u>28 U.S.C. § 1715(b)(7) – A reasonable estimate of the number of Class Members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.</u>

Palisades' records indicate that there are approximately 32,000 class members and, on information and belief, all reside in Indiana.

8. <u>28 U.S.C. § 1715(b)(8) – Any written judicial opinion relating to the materials</u>

<u>described in 28 U.S.C. 1715(b) subparagraphs (3) through (6).</u>

There are no written judicial opinions related to the materials described in 28 U.S.C. 1715(b) subparagraphs (3) through (6) at this time.

### Timeliness of this Notice

28 U.S.C. 1715(b) provides that a defendant must serve this notice "not later than 10 days after a proposed settlement of a class action is filed in court." As noted, settlement in this Action was filed with the Court on June 4, 2025. This Notice is timely, as it is being served by certified mail on or before October 30, 2025.

Should you have any questions regarding this matter, please do not hesitate to contact me directly.

Sincerely,

Rossman Kirk, PLLC

*/s/ John K. Rossman*
John K. Rossman
2626 E. 86th Street, Suite 135
Bloomington, MN 55425
john.rossman@rossmankirk.com
(612) 439-5551

# EXHIBIT B



John K. Rossman, Attorney
Benjamin J. Kirk, Attorney
Trevor S. Johnson, Attorney
Garrett J. Crowley, Attorney
John H. Bedard, Jr., Counsel
Ronald S. Canter, Esq., Counsel
Jonathan Aust, Of Counsel
David Kleber, Of Counsel

October 30, 2025

**Via Certified Mail**

The Honorable Josh Kaul
Attorney General of Wisconsin
17 West Main Street
Madison, WI 53703

Re:     Notice of Proposed Settlement pursuant to 28 U.S.C. § 1715
          *Mahlon Oie v. Kaman & Cusimano, LLC,* 24-CV-775-JPS (E.D. Wis.)

Dear Attorney General Kaul:

        Pursuant to Section 3 of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, I write on behalf of my client, Defendant Kaman & Cusimano, LLC, ("Kaman & Cusimano"), and hereby notify you, as the appropriate federal official, of the proposed settlement of the above-referenced action (the "Action") currently pending in the United States District Court for the Southern District of Indiana, Indianapolis Division (the "Court").

        Pursuant to 28 U.S.C. § 1715(b), Kaman & Cusimano is required to provide you with the eight items addressed below.

1. 28 U.S.C. § 1715(b)(1) – The Complaint and any materials filed with the Complaint, and any Amended Complaints.

        Enclosed as **Exhibit 1** is a copy of the Complaint filed on June 21, 2024 in the USDC for the Eastern District of Wisconsin.

2. 28 U.S.C. § 1715(b)(2) – Notice of any scheduled judicial hearing in the Action.

        On June 4, 2025, Plaintiff filed its Memorandum of Points and Authorities for Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class (ECF 19) (enclosed as **Exhibit 2**). The dates

of the preliminary approval hearing(s) and final approval hearing(s) are not yet set.

3. <u>28 U.S.C. § 1715(b)(3) – Proposed or final Notification to Class Members.</u>

The settlement with the Defendant proposes injunctive relief to all Class Members. The Defendant agrees to forebear on further collection efforts on the judgment accounts of the class members that they own.  Pursuant to Fed. R. Civ. P. 23(b)(2)(A), notice to the class is not required.

4. <u>28 U.S.C. § 1715(b)(4) – Proposed or final Class Action Settlement.</u>

Enclosed as **Exhibit 3** is Appendix A (ECF 19-1) to Plaintiff's Memorandum of Points and Authorities for Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class (ECF 19). Appendix A includes the following documents:

- Executed Class Action Settlement Agreement;
- Proposed Preliminary Approval Order; and
- Proposed Final Approval Order for Injunctive Relief.

5. <u>28 U.S.C. § 1715(b)(5) – Any settlement or other agreement contemporaneously made between class counsel and counsel for defendants.</u>

There are no other agreements between Class Counsel and counsel for Kaman & Cusimano.

6. <u>28 U.S.C. § 1715(b)(6) – Any Final Judgment or Notice of Dismissal.</u>

There has been no Final Judgment or Notice of Dismissal in this Action.

7. <u>28 U.S.C. § 1715(b)(7) – A reasonable estimate of the number of Class Members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.</u>

Palisades' records indicate that there are approximately 32,000 class members and, on information and belief, all reside in Indiana.

8. <u>28 U.S.C. § 1715(b)(8) – Any written judicial opinion relating to the materials described in 28 U.S.C. 1715(b) subparagraphs (3) through (6).</u>

There are no written judicial opinions related to the materials described in 28 U.S.C. 1715(b) subparagraphs (3) through (6) at this time.

**Timeliness of this Notice**

28 U.S.C. 1715(b) provides that a defendant must serve this notice "not later than 10 days after a proposed settlement of a class action is filed in court." As noted, settlement in this Action was filed with the Court on June 4, 2025. This Notice is timely, as it is being served by certified mail on or before October 30, 2025.

Should you have any questions regarding this matter, please do not hesitate to contact me directly.

Sincerely,

Rossman Kirk, PLLC

*/s/ John K. Rossman*
John K. Rossman
2626 E. 86th Street, Suite 135
Bloomington, MN 55425
john.rossman@rossmankirk.com
(612) 439-5551

EXHIBIT C


## I. INITIAL FINDINGS *(To be completed by plant)*

From: Post Office™, State and Zip Code®

### PHILADELPHIA NETWORK DISTRIBUTION CENTER PHILADELPHIA, PA 19116

Mailer *(Name and Address)*

# SEND TO:
**ROSSMAN KIRK, PLLC
2626 E 82ND STREET, SUITE 135
BLOOMINGTON, MN. 55425**

| Date Found *(MM/DD/YYYY)* | Found at *(Plant name (NDC, P&DC, etc.))* | Found By *(Name or Initials)* |
|---|---|---|
| 11/19/2025 | PHILADELPHIA NDC | NICHOLAS MOLINARO |

Addressee *(Name and Address)*
UNITED STATES DEPTARTMENT
OF JUSTICE
950 PENNSYLVANIA AVENUE
WASHINGTON, DC.
20530-0001

Service Type
- [ ] Adult Signature
- [ ] Certified
- [ ] COD
- [ ] Insured
- [ ] Registered
- [x] USPS Tracking
- [ ] Priority Mail
- [ ] Priority Mail Express
- [x] Other   G

| Tracking Number | Mailing Date *(MM/DD/YYYY)* | |
|---|---|---|
| 9589 0710 5270 1536 6442 15 | 10/30/2025 | $25.05 |

## II. LETTER TO CUSTOMER

Dear Customer,

An empty container or label with your address was found in the mail and is believed to have been separated from a parcel during handling *(see attachments)*. If the contents of the parcel have not been accounted for, you may submit a missing mail search request in one of three ways:

1. **Online** (preferred method). Submit your request on *www.usps.com* using the Missing Mail Application *https://www. usps.com/help/missing-mail.htm* (Option 3).

2. **Visit** your local Post Office.

3. **Call** 1-800-ASK-USPS.

When completing your Missing Mail Application, provide an accurate and detailed description of each item. Give the names or initials *(if personalized)* and other characteristics such as brand or make of the article, model number, color, size, quantity, and material. Attach any pictures that may help identify your merchandise.

After submission of the application, the Postal Service™ will notify you to confirm receipt of your submission. If your mailpiece or its contents are not found, the Postal Service will notify you. Please take that notification, labels, and completed PS Form 3533, *Application for Refund of Fees, Products and Withdrawal of Customer Accounts*, to your local Post Office for a postage refund.

If the parcel was mailed with Postal Service insurance, you can file a domestic claim online. File the claim within 60 days from the mailing date. You can find more information in the *Domestic Mail Manual*, under "Filing Indemnity Claims for Loss or Damage," at *https://pe.usps.com/text/dmm300/609.htm*.

Proper packaging and including your name and address with the contents inside the parcel help to avoid delays. We regret any inconvenience this matter may have caused you and we look forward to serving you in the future.

# USPS Tracking®

FAQs >

Tracking Number:                                              Remove ✕

## 9589071052701536644215

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item could not be delivered or returned to sender. As of 9:23 am on November 20, 2025, it is being forwarded to the USPS Mail Recovery Center where it will be processed. Please initiate a missing mail search on your item.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

**Alert**
**Sent to Mail Recovery Center**
November 20, 2025, 9:23 am

**In Transit to Next Facility**
November 4, 2025

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates                                        ⌃

Select what types of updates you'd like to receive and how. Send me a notification for:

**Text**        **Email**

☐

U.S. POSTAGE PAID
PM
MINNEAPOLIS, MN 55420
OCT 30, 2025
$25.05
S2324E502762-25

Retail

20530

RDC 03

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

9589 0710 5270 1536 6442 15

United States Department of Justice
950 Pennsylvania Avenue,
Washington, D.C. 20530-0001

ossman Kirk, PLLC
626 E 82nd Street, Suite 135,
loomington, MN 55425

PRIORITY ★ MAIL ★

TRACKED ★★★ INSURED ★



UNITED STATES POSTAL SERVICE®

For Domestic and International Use    Label 107R, May 2014

# EXHIBIT D



John K. Rossman, Attorney
Benjamin J. Kirk, Attorney
Trevor S. Johnson, Attorney
Garrett J. Crowley, Attorney
John H. Bedard, Jr., Counsel
Ronald S. Canter, Esq., Counsel
Jonathan Aust, Of Counsel
David Kleber, Of Counsel

December 9, 2025

**Via Certified Mail**

The Honorable Pamela Bondi
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue
Washington, D.C. 20530-0001

Re:   Notice of Proposed Settlement pursuant to 28 U.S.C. § 1715
      *Mahlon Oie v. Kaman & Cusimano, LLC,* 24-CV-775-JPS (E.D. Wis.)

Dear Attorney General Bondi:

Pursuant to Section 3 of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, I write on behalf of my client, Defendant Kaman & Cusimano, LLC, ("Kaman & Cusimano"), and hereby notify you, as the appropriate federal official, of the proposed settlement of the above-referenced action (the "Action") currently pending in the United States District Court for the Southern District of Indiana, Indianapolis Division (the "Court").

Pursuant to 28 U.S.C. § 1715(b), Kaman & Cusimano is required to provide you with the eight items addressed below.

1. <u>28 U.S.C. § 1715(b)(1) – The Complaint and any materials filed with the Complaint, and any Amended Complaints.</u>

Enclosed as **Exhibit 1** is a copy of the Complaint filed on June 21, 2024 in the USDC for the Eastern District of Wisconsin.

2. <u>28 U.S.C. § 1715(b)(2) – Notice of any scheduled judicial hearing in the Action.</u>

On June 4, 2025, Plaintiff filed its Memorandum of Points and Authorities for

Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class (ECF 19) (enclosed as **Exhibit 2**). The dates of the preliminary approval hearing(s) and final approval hearing(s) are not yet set.

3. <u>28 U.S.C. § 1715(b)(3) – Proposed or final Notification to Class Members.</u>

The settlement with the Defendant proposes injunctive relief to all Class Members. The Defendant agrees to forebear on further collection efforts on the judgment accounts of the class members that they own. Pursuant to Fed. R. Civ. P. 23(b)(2)(A), notice to the class is not required.

4. <u>28 U.S.C. § 1715(b)(4) – Proposed or final Class Action Settlement.</u>

Enclosed as **Exhibit 3** is Appendix A (ECF 19-1) to Plaintiff's Memorandum of Points and Authorities for Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class (ECF 19). Appendix A includes the following documents:

- Executed Class Action Settlement Agreement;
- Proposed Preliminary Approval Order; and
- Proposed Final Approval Order for Injunctive Relief.

5. <u>28 U.S.C. § 1715(b)(5) – Any settlement or other agreement contemporaneously made between class counsel and counsel for defendants.</u>

There are no other agreements between Class Counsel and counsel for Kaman & Cusimano.

6. <u>28 U.S.C. § 1715(b)(6) – Any Final Judgment or Notice of Dismissal.</u>

There has been no Final Judgment or Notice of Dismissal in this Action.

7. <u>28 U.S.C. § 1715(b)(7) – A reasonable estimate of the number of Class Members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.</u>

Palisades' records indicate that there are approximately 32,000 class members and, on information and belief, all reside in Indiana.

8. <u>28 U.S.C. § 1715(b)(8) – Any written judicial opinion relating to the materials</u>

described in 28 U.S.C. 1715(b) subparagraphs (3) through (6).

There are no written judicial opinions related to the materials described in 28 U.S.C. 1715(b) subparagraphs (3) through (6) at this time.

## Timeliness of this Notice

As noted, settlement in this Action was filed with the Court on June 4, 2025. This Notice is timely, as it was originally served by certified mail on October 30, 2025.

Enclosed as **Exhibit 5** is a copy of the USPS tracking information and returned envelope sent by certified mail on October 30, 2025.

Should you have any questions regarding this matter, please do not hesitate to contact me directly.

Sincerely,

Rossman Kirk, PLLC

*/s/ John K. Rossman*
John K. Rossman
2626 E. 86th Street, Suite 135
Bloomington, MN 55425
john.rossman@rossmankirk.com
(612) 439-5551

3

# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MAHLON OIE, individually
and on behalf of all others similarly
situated,

        Plaintiff,

   v.

KAMAN & CUSIMANO, LLC,

        Defendants

Case No. 2:24-cv-00775-NJ

## DECLARATION OF DOROTHY SUE MERRYMAN

I, Dorothy Sue Merryman, declare under penalty of perjury, as provided for by 28 U.S.C. §1746, that the following statements are true:

1.    I have personal knowledge of the facts stated in this declaration and can competently testify to the same.

2.    I am a Senior Project Manager for Class-Settlement.com. ("Class Settlement").

3.    Class Settlement provides claims administration services, including class notification, and settlement distribution services.

4.    At the request of Counsel, I coordinated the distribution of the Class Notice by U.S. Mail, and have knowledge of what work was performed.

5.    Attached as <u>Exhibit 1</u> is a copy of the Notice Class Counsel provided to me.

6.    Defendant's Counsel provided a list of names and addresses of 93 members who were identified as natural persons within the United States who were subjected to Collection Activities of an alleged debt to whom Defendant sent an initial communication between June 21, 2023 and June 21, 2024, that was substantially similar or identical to the Collection Letter, an action which gave rise to the lawsuit.

7. Counsel requested that I send Exhibit 1 to the unique records on the list via U.S. First Class Mail, after first comparing the list against the U.S. Postal Service National Change of Address (NCOA) database.

8. After reviewing the class list and consulting with Counsel, I removed 11 records which Defendant's Counsel identified as falling outside the Rule 23 class definition.

9. On November 6, 2025, I caused Exhibit 1 to be sent by mail to the remaining 82 member records on the list, after comparing the list against the NCOA database.

10. As of January 15, 2026, 4 of the mailed Notices were returned as undeliverable. New addresses for three of the Notices were obtained via Internet research, and those Notices were remailed. In total, to the best of my knowledge, the Notice was distributed to approximately 99% of the Class.

11. As of the exclusion deadline of December 29, 2025, Class-Settlement received one request to be excluded from the settlement, which is attached as Exhibit 2.

Executed on: *January 15, 2026*

_____
Dorothy Sue Merryman

# EXHIBIT 1

# *MAHLON OIE v. KAMAN & CUSIMANO, LLC,* Case No. 2:24-cv-00775-NJ

## UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF WISCONSIN

# NOTICE OF PENDENCY OF PROPOSED SETTLEMENT OF CLASS ACTION

**IF YOU RECEIVED AN INITIAL WRITTEN COMMUNICATION FROM DEFENDANT KAMAN & CUSIMANO, LLC IN AN ATTEMPT TO RECOVER SUMS DUE BETWEEN JUNE 21, 2023, AND JUNE 21, 2024, YOU MAY BE ENTITLED TO BENEFITS UNDER THIS SETTLEMENT.**

**PLEASE READ THIS NOTICE CAREFULLY, AS IT AFFECTS YOUR LEGAL RIGHTS.**

*The United States District Court for the Eastern District of Wisconsin authorized this notice.*
*This is not a solicitation from a lawyer.*

Your rights may be affected by the proposed settlement ("Settlement") discussed in this court-authorized notice ("Notice"). This Notice is to inform you of the conditional certification of a settlement class, the nature of the claims at issue, your right to participate in, or exclude yourself from the settlement class, and the effect of exercising your various options.

## YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT

| | |
|---|---|
| **DO NOTHING (PARTICIPATE IN THE SETTLEMENT)** | If you agree with the proposed Settlement, you need not do anything to participate in the Settlement. |
| **EXCLUDE YOURSELF** | You will not be entitled to participate in the Settlement if you choose this option. |
| **OBJECT OR COMMENT** | Write to the Court about why you do, or do not, like the Settlement. You must remain in the class to comment in support of or in opposition to the Settlement. |
| **ATTEND THE HEARING** | Ask to speak to the Court about the fairness of the Settlement. |

**1. Why did the Court authorize issuance of this notice?**

This Notice is given to inform you that: (1) a class action lawsuit is pending in the United States District Court for the Eastern District of Wisconsin entitled, *MAHLON OIE V. KAMAN & CUSIMANO, LLC, Case No. 2:24-cv-00775-NJ;* (2) you may be a Settlement Class Member; (3) the parties have proposed to settle the Action; (4) the proposed Settlement may affect your legal rights; and (5) you have a number of options.

**2. What is this Litigation about?**

Plaintiff MAHLON OIE ("Plaintiff") alleges that Defendant KAMAN & CUSIMANO LLC ("Defendant") violated the federal Fair Debt Collection Practices Act ("FDCPA").

Defendant denies Plaintiff's allegations and denies any violation of law. Further, Defendant denies liability to Plaintiff and/or any Settlement Class Member for alleged violations of the FDCPA. Accordingly, neither this Notice nor the proposed Settlement reflects any admission by Defendant that their initial communications sent in attempt to recover sums due violated any law or the rights of any recipient of such notices.

**3. How do I know if I am part of the Settlement Class?**

The Court has conditionally certified the following "Settlement Class":

"Class" means all natural persons within the United States who were subjected to Collection Activities of an alleged debt to whom Defendant sent an initial communication between June 21, 2023 and June 21, 2024 that was substantially similar or identical to the Collection Letter. The Parties estimate that there are approximately 93 individuals in the Class.

**4. Why did the parties agree to a Settlement?**

The Court did not decide in favor of the Plaintiff or Defendant. Instead, both sides agreed to a Settlement that they believe is a fair, reasonable, and adequate compromise of their respective positions. The parties reached this agreement only after investigation of the claims alleged and the relevant facts, and independent consideration of the risks and benefits of settlement through arms-length negotiations.

Class Counsel and Plaintiff have considered the substantial benefits from the Settlement that will be given to the Class Members and balanced these benefits with the risk of prolonged litigation. They also considered the value of the immediate benefit of settlement to Class Members versus the costs and delay of litigation through trial and appeals. Even if Plaintiff was successful in these efforts, Class Members may not receive any benefits for years.

5. **What benefit does the Settlement provide?**

If the proposed Settlement is approved by the Court, it will provide cash payments to the Class. In return for the relief described below, Class Members release their rights to pursue any claims individually against Defendant relating to the claims at issue in this Action.

The following description of the settlement benefits is qualified in its entirety by reference to the Settlement Agreement, a copy of which is on file with the Court.

The parties have agreed to a settlement, which is summarized as follows:

a) **Settlement Awards to the Settlement Class Members.** A Settlement Fund of $3,000.00 shall be divided pro rata and paid by Defendant to the Settlement Class Members.

b) **Incentive Award.** The named Plaintiff, or Class Representative, shall receive the sum of $1,000.00, which represents an Incentive Award for the time and effort he has personally invested in this Action as the Class Representative.

6. **How do I Receive My Settlement Award?**

To receive the Settlement Award under the Settlement, you do not need to do anything. If you do not exclude yourself from the Settlement by opt-out, you will receive your Settlement Award in the mail after the Court grants Final Approval to the Settlement.

7. **What claims do I release if I do not opt out of this settlement?**

Unless you exclude yourself from the Class, approval of this Settlement will result in a release by you of all claims against Defendant arising from, related to, or connected with the Action, the FDCPA, or any collection notices or communications, directed by Defendant to the Class Members between June 21, 2023 and June 21, 2024.

8. **Do I have a lawyer in the case?**

The Court has appointed the following law firm as Class Counsel: David McGlothlin, Mona Amini, Esq., and Gustavo Ponce, Esq., of the law firm Kazerouni Law Group, APC, located at 245 Fischer Ave., Unit D1, Costa Mesa, CA 92626, and Matthew McKenna, Esq., of the law firm Shield Law, LLC located at 237 South St. Unit 110, Waukesha, WI 53186.

9. **How will the lawyers for the Settlement Class be paid?**

If the Court approves the Settlement, the Court also will determine what amount of attorneys' fees, costs and all other expenses should be paid to Class Counsel for their representation of Plaintiff and the Class in this Action. Payment of attorneys' fees and litigation costs to Class Counsel will not reduce any benefit available to you as part of the Settlement, and will be paid separately by Defendant, separate from the Settlement Fund. The parties have agreed that Class Counsel shall be entitled to reasonable fees and costs to be determined by the Court. This amount, will be paid by Defendant separate from the Settlement Fund created to provide payment of the Settlement Awards to the Settlement Class Members and the Incentive Award.

10. **What happens if I do nothing after receiving this Notice?**

If you do nothing, and the Court approves the Settlement, you will be bound by the terms of the Settlement and will be unable to pursue claims against Defendant concerning the facts at issue in this Action. If the Settlement is approved, and you do not opt-out of the Settlement Class, you will receive a cash benefit under the Settlement.

11. **What does it mean to request exclusion from the Settlement Class?**

If you are a member of the Class and will be bound by the Settlement if the Court approves it unless you exclude yourself from the Class (also known as "opting out"). Being "bound by the Settlement" means that you will be precluded from bringing, or participating as a claimant in a similar lawsuit against Defendant. Persons who exclude themselves from the Class by mailing a valid written Opt-Out Request will not be bound by the terms of the Settlement and will not be eligible to receive any benefits from the Settlement, but they will retain the right to sue Defendant separately at their own cost.

You cannot exclude yourself from the Class and the Settlement if you wish to object to the Settlement and/or appear before the Court during the Final Approval Hearing (see paragraphs 12 and 13), as you need to be a Class Member affected by the Settlement to object or appear.

12. **How do I request exclusion from the Settlement?**

You may exclude yourself from the Class provided that your request is made in writing and mailed to the Settlement Administrator, postmarked before **December 29, 2025**, which is a date 75 days after the date of the Preliminary Approval Order ("Opt-Out and Objection Deadline"). Your written Opt-Out Requests must: (i) be signed by the person in the Class who is requesting exclusion; (ii) include the full name, phone number, email, and current address of the person in the Class requesting exclusion; (iii) case name and case number included in the Notice, and (iv) include the following statement: "I/we request to be excluded from the settlement in the Oie v. Kaman & Cusimano FDCPA class action."

No request for exclusion/opt out will be valid unless all of the information described above is included. Your written request to exclude yourself from the Settlement must be mailed to the Settlement Administrator, Class-Settlement.com, at PO Box 9009, Hicksville, New York 11802-9009.

You will be excluded from the Settlement only if your request is *postmarked* on or before **December 29, 2025** (75 days after the date of the Preliminary Approval Order), and includes the required information. The date of the postmark on the Opt-Out Request shall be the exclusive means used to determine whether a request for exclusion has been timely submitted.

## 13. What if I object to the Settlement?

If you are a Class Member, you can object or comment on the Settlement. To object to the Settlement, you must make an objection in writing and file it with the Court by the Opt-Out and Objection Deadline, **December 29, 2025** (75 days after the date of the Preliminary Approval Order) and mail the written objection to the Settlement Administrator at the address set forth in paragraph 12, to be postmarked no later than the Opt-Out and Objection Deadline (75 days after the date of the Preliminary Approval Order). An objection must: (A) attach documents establishing, or provide information sufficient to allow the Parties to confirm, that the objector is a Class Member, including providing the case name and case number, Class Member's full name, address, email, telephone number and whether he or she intends to appear at the Final Approval Hearing on his or her own behalf or through counsel; (B) include a statement of such Class Member's specific objections; (C) state the grounds for objection and attach any documents supporting the objection; and (D) shall also indicate in the objection the name and case number of all cases in which the objecting Class Members have previously submitted any objections to the settlement of any class action cases, whether the objection was filed by the objecting Class Member on his or her own behalf or on behalf of someone else

Any Class Member who objects may appear at the Final Approval Hearing, either in person or through an attorney hired at the Class Member's own expense, to object to the fairness, reasonableness, or adequacy of this Agreement or the Settlement. A Class Member intending to make an appearance at the Final Approval Hearing must: (i) file a notice of intention to appear with the Court no later than twenty (21) days prior to the Final Approval Hearing, or as the Court may otherwise direct; and (ii) serve a copy of such notice of intention to appear on all counsel for all Parties.

You must notify the Court, Class Counsel, and Defendant's Counsel of your objection postmarked by **December 29, 2025**, and your notice to of intention to appear regarding the objection before **January 30, 2026** twenty-one (21) days prior to the Final Approval Hearing and mail your objection to *each* of the following:

| Class Counsel: | | Defendant's Counsel: |
|---|---|---|
| David McGlothlin, Esq.<br>Mona Amini, Esq.<br>Gustavo Ponce, Esq.<br>KAZEROUNI LAW GROUP, APC<br>245 Fischer Ave., Unit D1<br>Costa Mesa, California 92626<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523<br>E-mail: gustavo@kazlg.com<br>E-mail: mona@kazlg.com | Matthew McKenna, Esq.<br>SHIELD LAW, LLC<br>237 South St. Unit 110<br>Waukesha, WI 53186<br>Telephone: (262) 420-5953<br>Facsimile: (508) 588-7303 | John K. Rossman<br>Trevor S. Johnson<br>ROSSMAN KIRK, PLLC<br>2626 E. 82nd Street, Suite 135<br>Bloomington, MN 55425<br>E-mail:john.rossman@rossmankirk.com<br>E-mail: trevor.johnson@rossmankirk.com<br>Telephone: (612) 439-5551<br>Facsimile: (612) 429-3620 |

If your objections do not meet all of the requirements set forth in this section, they may be deemed invalid and may be overruled.

## 14. When and where will the Court determine whether to approve the Settlement?

The Court has scheduled a Final Approval Hearing at **8:30 a.m.** on **February 20, 2026** in Courtroom 425 of the United States District Court for the Eastern District of Wisconsin located at 517 East Wisconsin Avenue Rm 362 Milwaukee, WI 53202. This hearing may be continued or rescheduled by the Court without further notice. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate and will consider Class Counsel's request for attorneys' fees and expenses. The Court also will consider any objections. The Court may decide these issues at the Final Approval Hearing or take them under consideration without oral argument.

## 15. Do I have to come to the final approval hearing?

No. You are not required to attend the hearing but you are welcome to come at your own expense if you wish.

Class Members who object to the Settlement do not need to attend the Final Approval Hearing for their objections to be considered. If you wish to appear either personally or through your own personal attorney at the Final Approval Hearing, you must send both a timely objection and a notice of intent to appear to the Court at the address set forth in Section 14 above, and serve copies on Class Counsel and counsel for Defendant at the addresses set forth in Section 14 above no later than **January 30, 2026**.

Your notice of intention to appear must include copies of any papers, exhibits, or other evidence that you or your counsel will present to the hearing. Any Class Member who does not file and serve a notice of intention to appear in accordance with these instructions may be barred from speaking at any hearing concerning this Settlement.

## 16. How do I get more information about the Settlement?

This Notice only summarizes the Settlement. The official terms of the Settlement are available by reviewing the public files for the United States District Court for the Eastern District of Wisconsin, or by sending a self-addressed, stamped envelope to the Settlement Administrator, Class-Settlement.com, PO Box 9009, Hicksville, New York 11802-9009, or by contacting Class Counsel. Please do not contact the Court with questions regarding the Settlement.

Kaman & Cusimano Settlement
Class-Settlement.com
PO Box 9009
Hicksville, NY 11802-9009

123456789

NAME
COMPANY
STREET ADDRESS
CITY, ST  12345-6789

# EXHIBIT 2



297137161

Settlement Administrator

Class-Settlemetn.com

PO Box 9009

Hicksville, NY 11802-9009

Certified Mail #9589-0710-5270-1409-4242-58

December 5, 2025

**Request for Exclusion from Settlement Class**

Case Name: Mahlon Oie v. Kaman & Cusimano, LLC, Case No. 2:24-cv-00775-NJ

Court: United States District Court for the Eastern District of Wisconsin, Courtroom 425

To the Settlement Administrator:

I hereby request to be excluded from the settlement in the Oie v. Kaman & Cusimano FDCPA class

action.I understand that by opting out of the Settlement, I will not receive any benefits, payments, or relief

provided under the Settlement Agreement.

Full Legal Name: Aleksandr Avanesyan

Current Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Telephone Number: ▮▮▮▮▮        Email Address: ▮▮▮▮▮▮▮

Document attached:Notice Of Pendency Of Proposed Settlement Of Class Action

Signature: _____

Date: 12/05/2025

# EXHIBIT 3

# KAZEROUNI LAW GROUP, APC

| CASE NAME: | Mahlon Oie v. Kaman & Cusimano LLC |
|---|---|
| COURT: | USDC - Eastern District of Wisconsin |
| CASE NUMBER: | 2:24-cv-00775-JPS |

| Date | Task Description | Attorney Name | Hourly Rate | Time | Attorney's Fees |
|---|---|---|---|---|---|
| 05/09/2024 | Client Intake, review of client documents | Gustavo Ponce | $395.00 | 1.3 | $513.50 |
| 05/09/2024 | Initial investigation of potential claims | Gustavo Ponce | $395.00 | 0.9 | $355.50 |
| 05/22/2024 | Discussion with team re: case strategy | David McGlothlin | $625.00 | 0.2 | $125.00 |
| 05/22/2024 | Discussion with David McGlothlin re: potential case | Gustavo Ponce | $395.00 | 0.4 | $158.00 |
| 05/28/2024 | Discussion with co-counsel Matt McKenna re draft complaint | Gustavo Ponce | $395.00 | 0.5 | $197.50 |
| 05/30/2024 | Reviewed draft Complaint | David McGlothlin | $625.00 | 0.7 | $437.50 |
| 05/30/2024 | Researched Defendant | Mona Amini | $725.00 | 0.4 | $290.00 |
| 05/30/2024 | Drafted Plaintiff's complaint against Kaman Cusimano LLC | Mona Amini | $725.00 | 1.3 | $942.50 |
| 05/30/2024 | Emailed Matt McKenna re draft complaint, client approval, and filing | Mona Amini | $725.00 | 0.2 | $145.00 |
| 05/30/2024 | Updated FM file with add'l info, SOL, etc. | Mona Amini | $725.00 | 0.2 | $145.00 |
| 05/30/2024 | Communications with Matt McKenna re draft complaint | Mona Amini | $725.00 | 0.2 | $145.00 |
| 05/30/2024 | Email from Matt McKenna re approval and filing | Mona Amini | $725.00 | 0.2 | $145.00 |
| 06/13/2024 | Sent email to Matt McKenna re service of complaint | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 06/26/2024 | Reviewed email from Matt McKenna - re docs for service | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 06/26/2024 | Research re Service | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 06/26/2024 | Reviewed Notice re Magistrate Assignment | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 06/26/2024 | drafted consent form and sent to Matt McKenna | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 06/27/2024 | Sent docs for service | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 06/28/2024 | Sent email to Matt McKenna re service of complaint on Defendant | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 06/28/2024 | Reviewed email from Matt McKenna re EDWI admission | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 06/28/2024 | Updated Mona Amini re: problem with service address | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 07/02/2024 | Sent email to Matt McKenna re EDWI admission | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 07/02/2024 | sent 2 new address to Matt McKenna for the summons and complaint service | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 07/11/2024 | Reviewed email from Matt McKenna with the new summons | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 07/11/2024 | Updated summons for service processor | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 07/15/2024 | Received and reviewed Affidavit of NONservice for first serve | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 07/17/2024 | Reviewed service platform, still waiting on service affidavit. | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 07/17/2024 | Spoke to partner and gave update | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 07/18/2024 | Reviewed email from Matt McKenna re update on service of complaint | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 07/18/2024 | Sent email to Matt McKenna re service on Defendant | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 07/18/2024 | Received Affidavit of Service; Defendant was served on July 12 | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 07/18/2024 | paid service processing fees | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 07/19/2024 | Reviewed status of this case and next steps | Mona Amini | $725.00 | 0.2 | $145.00 |
| 07/26/2024 | Call with Matt McKenna; he received VM from Defendant's Counsel - he will call them back and get more info | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 07/26/2024 | Reviewed email from Matt McKenna to Defendant's Counsel Dan | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 07/29/2024 | Reviewed email from Defendant's Counsel re FRE 408 | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 08/07/2024 | Reviewed email from Matt McKenna to Defendant's Counsel re class size | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 08/08/2024 | Reviewed email from Defendant's Counsel re estimated class size - says they say "no more than 40." | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 08/08/2024 | Sent email to Matt McKenna re responding to Defendant's Counsel's email | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 08/14/2024 | Reviewed email from Matt McKenna re FRE 408 and other | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 08/14/2024 | Reviewed email from Matt McKenna re proposed response to Defendant's Counsel's email | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 08/14/2024 | Sent email to Matt McKenna re proposed response to Defendant's Counsel's email | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 08/15/2024 | Reviewed email from Matt McKenna to Defendant's Counsel re facts of case and request from Def | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 08/15/2024 | received Ds answer | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 08/15/2024 | Reviewed email from Matt McKenna: Kaman & Cusimano just filed their Answer | Mona Amini | $725.00 | 0.2 | $145.00 |
| 08/19/2024 | Reviewed email from Matt McKenna re Court order and 26f report. | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 08/19/2024 | drafted and filed NOA | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 08/19/2024 | research into local rules, judge orders re 26f. drafted 26f and emailed to Defendant's Counsel | Gustavo Ponce | $395.00 | 0.6 | $237.00 |
| 08/19/2024 | Reviewed email from Matt McKenna re 26f plan | Mona Amini | $725.00 | 0.2 | $145.00 |
| 08/20/2024 | Reviewed DISCLOSURE Statement filed by Kaman & Cusimano LLC. | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 08/28/2024 | Reviewed email from Matt McKenna re submitting 26f report | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 08/28/2024 | Sent email to Matt McKenna re 26f report | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 08/28/2024 | Sent email to Defendant's Counsel re 26f report | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 08/29/2024 | Reviewed email from new attorney for Defendant re 26f report | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 08/29/2024 | Made edits to 26f and sent back to Defendant's Counsel | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 08/29/2024 | Sent email to Defendant's Counsel re 26f report | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 08/29/2024 | Reviewed email from Defendant's Counsel- 26f report ok to file; asking what documentation is needed from Defendant. | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 08/29/2024 | Sent email to Defendant's Counsel re FRE 408 | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 08/29/2024 | Reviewed Email from John Rossman @ Rossman Attorney Group, PLLC re introduction as new counsel | Mona Amini | $725.00 | 0.2 | $145.00 |
| 08/30/2024 | Reviewed email from Defendant's Counsel re settlement; we need information and documents as to what they are saying | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 08/30/2024 | Sent email to Defendant's Counsel re 26f report | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 09/03/2024 | Reviewed Scheduling Order and calendared dates | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 09/03/2024 | Sent email to Matt McKenna re Scheduling Order | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 09/04/2024 | Reviewed email from Defendant's Counsel re protective order | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 09/04/2024 | Reviewed email from Matt McKenna re Defendant's net worth and protective order | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 09/04/2024 | Drafted Protective Order | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 09/04/2024 | Emailed draft Protective Order to Defendant's Counsel | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 09/05/2024 | Reviewed email from Defendant's Counsel re Protective Order | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 09/05/2024 | Reviewed email form Matt McKenna re strategy | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 09/09/2024 | Reviewed email from Defendant's Counsel approving Protective Order | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 09/10/2024 | Reviewed email from Court re Protective Order | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 09/10/2024 | Reviewed email from Defendant's Counsel to Court re Protective Order | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 09/12/2024 | Reviewed notice from Court - PROTECTIVE ORDER signed by Judge J P Stadtmueller on 9/10/2024 | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 09/25/2024 | Emailed GP re: Defendant's offer and settlement discussions | David McGlothlin | $625.00 | 0.2 | $125.00 |
| 09/25/2024 | Reviewed email from Defendant's Counsel with settlement offer and infromation they are providing us | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 09/25/2024 | Sent email to Partner re Defendant's Counsel s settlement offer and Defendant's statement re net worth | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 09/25/2024 | Reviewed email from Partner re Defendant's Counsel 's offer | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 09/25/2024 | Drafted discovery | Gustavo Ponce | $395.00 | 3.2 | $1,264.00 |
| 09/25/2024 | Reviewed email from David re Defendant's Counsel's offer and discovery | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 09/25/2024 | Email exchange with Mona re Defendant's Counsel's settlement offer and discovery | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 09/25/2024 | Discussed case strategy with partners | Mona Amini | $725.00 | 0.6 | $435.00 |
| 10/03/2024 | Reviewed email exchange with Matt McKenna re: settlement | David McGlothlin | $625.00 | 0.2 | $125.00 |
| 10/03/2024 | Reviewed email from Matt McKenna re Scheduling Conference | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 10/03/2024 | spoke to Matt McKenna re conversations with Client | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 10/03/2024 | Reviewed email from Matt McKenna regarding the conversation he just had with Client re Settlement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 10/07/2024 | Reviewed email from Defendant's Counsel re settlement offer | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 10/07/2024 | Sent email to Defendant's Counsel rejecting settlement offer. | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 10/08/2024 | call with Gustavo re case | David McGlothlin | $625.00 | 0.4 | $250.00 |
| 10/08/2024 | Call with David re case | Gustavo Ponce | $395.00 | 0.4 | $158.00 |

| Date | Description | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/09/2024 | Reviewed email from Defendant's Counsel re counteroffer | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 10/09/2024 | Research into Def's email arguments. | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 11/12/2024 | received OOJ from Def | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 11/12/2024 | Reviewed email from Matt McKenna re OOJ | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 11/12/2024 | Sent email to Matt McKenna re OOJ | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 11/12/2024 | Sent email to Defendant's Counsel re setting up conference call and OOJ | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 11/12/2024 | served discovery requests on Def. sent via email. Had them mailed out | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 11/13/2024 | spoke to Gustavo re Rule 68 Offer of Judgment | David McGlothlin | $625.00 | 0.2 | $125.00 |
| 11/18/2024 | call with Defendant's Counsel re OOJ and case | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 11/18/2024 | spoke to David and gave update re my call with Defendant's Counsel | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 11/20/2024 | Reviewed email from David re OOJ | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 11/21/2024 | Reviewed email from Matt McKenna re getting settlement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 11/21/2024 | Reviewed email from Defendant's Counsel with dates and times for call. and will let me know about extending time to respond. | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 11/21/2024 | Sent email to Defendant's Counsel re setting up conference call | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 11/21/2024 | emailed team re OOJ anc client's settlement discussions with Matt McKenna | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 11/21/2024 | sent email to Defendant's Counsel confirming 9:30am call tomorrow | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 11/22/2024 | call with Defendant's Counsel , David, and Matt McKenna re OOJ | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 11/25/2024 | Sent email to David re thoughts on settlement with Def | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 11/25/2024 | Sent email to Matt McKenna re Client and OOJ | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 11/25/2024 | Reviewed email from David to send email to Defendant's Counsel re offer | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 11/25/2024 | Sent email to Defendant's Counsel re OOJ | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 11/25/2024 | Reviewed email from Defendant's Counsel re settlement offer | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 11/25/2024 | Communications with Matt McKenna re: Offer of Judgment | Mona Amini | $725.00 | 0.3 | $217.50 |
| 11/25/2024 | Reviewed offer from Defendant and discussed with Gustavo - Defendant didn't agree to extend the Offer | Mona Amini | $725.00 | 0.2 | $145.00 |
| 11/27/2024 | Drafted and sent Defendant's Counsel email to set up time to talk next week re class size etc | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 12/02/2024 | Call with Defendant's Counsel | David McGlothlin | $625.00 | 0.2 | $125.00 |
| 12/02/2024 | Call with Defendant's Counsel and David re class settlement etc. | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 12/02/2024 | Reviewed email from Matt McKenna re discussion with client re potential recovery | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 12/02/2024 | Sent email to Matt McKenna | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 12/04/2024 | Email exchange with Matt McKenna | David McGlothlin | $625.00 | 0.2 | $125.00 |
| 12/04/2024 | Reviewed email from David to Matt McKenna re settlement negotiations and strategy | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 12/05/2024 | Discussed negotiations re: settlement terms with Gustavo | David McGlothlin | $625.00 | 0.3 | $187.50 |
| 12/05/2024 | Emailed Defendant's counsel re: settlement offer | David McGlothlin | $625.00 | 0.2 | $125.00 |
| 12/05/2024 | Reviewed email from Matt McKenna re discussion with client re potential recovery | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 12/05/2024 | Reviewed email from David re client's settlement authroity | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 12/05/2024 | Reviewed email from Matt McKenna re client's settlement authority | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 12/05/2024 | Reviewed email from Defendant's Counsel re extension for discovery responses | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 12/05/2024 | Sent email to Defendant's Counsel granting extension for discovery responses | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 12/05/2024 | Reviewed email from David to Defendant's Counsel with counteroffer | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 01/07/2025 | Email exchange with Gustavo re: settlement discussions | David McGlothlin | $625.00 | 0.2 | $125.00 |
| 01/07/2025 | email to Defendant's Counsel re counteroffer | David McGlothlin | $625.00 | 0.2 | $125.00 |
| 01/07/2025 | Reviewed email from Matt McKenna re updates | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 01/07/2025 | Sent email to David re settlement conversations | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 01/07/2025 | Reviewed email from Defendant's Counsel re counteroffer | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 01/10/2025 | Email exchanges with Defendant's counsel re: settlement negotiations | David McGlothlin | $625.00 | 0.3 | $187.50 |
| 01/10/2025 | Reviewed email from Defendant's Counsel re extension for discovery responses | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 01/10/2025 | Reviewed email from Defendant's Counsel re counteroffer | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 01/10/2025 | Reviewed email from David granting extension for discovery responses | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 01/10/2025 | Reviewed email from David to Defendant's Counsel re other Settlement Agreement terms | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 01/14/2025 | Email exchange with Defendant's counsel re: settlement negotiations | David McGlothlin | $625.00 | 0.3 | $187.50 |
| 01/14/2025 | Reviewed email from Defendant's Counsel with offer | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 01/14/2025 | Reviewed email from David to Defendant's Counsel | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 01/14/2025 | Reviewed email from Defendant's Counsel to David re settlement offer. | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 01/14/2025 | Reviewed email from David to Defendant's Counsel with counter | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 01/21/2025 | Emails with Defendant's Counsel | David McGlothlin | $625.00 | 0.4 | $250.00 |
| 01/21/2025 | Reviewed and responded to emails with Defendant's Counsel | David McGlothlin | $625.00 | 0.4 | $250.00 |
| 01/21/2025 | Reviewed email from Defendant's Counsel with counteroffer | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 01/21/2025 | Reviewed email from David to Defendant's Counsel | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 01/21/2025 | Reviewed emails re settlement negotiations | Mona Amini | $725.00 | 0.4 | $290.00 |
| 01/23/2025 | Reviewed emails from Defendant's Counsel re settlement and Rule 68 Offer of Judgment | David McGlothlin | $625.00 | 0.4 | $250.00 |
| 01/23/2025 | Reviewed email from Defendant's Counsel to David re counteroffer | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 01/23/2025 | Reviewed email from David to Defendant's Counsel re settlement offer | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 01/23/2025 | Sent email to David re OOJ | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 01/23/2025 | Email exchange with Gustavo and David re settlement discussion strategy | Mona Amini | $725.00 | 0.2 | $145.00 |
| 01/27/2025 | Reviewed email from Defendant's Counsel indicating he will confirm whether Defendant is agreeable to | Mona Amini | $725.00 | 0.2 | $145.00 |
| 01/31/2025 | spoke to David re follow up with Defendant's Counsel Monday/Tuesday | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 02/04/2025 | Sent email to David re follow up with Defendant's Counsel | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 02/05/2025 | Discussed case with Gustavo | David McGlothlin | $625.00 | 0.5 | $312.50 |
| 02/05/2025 | Researched requirements re: David's EDWI application for admission | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 02/05/2025 | Spoke to David re Case status/updates | Gustavo Ponce | $395.00 | 0.5 | $197.50 |
| 02/05/2025 | Reviewed email from Defendant's Counsel re settlement and discovery responses extension | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 02/05/2025 | Reviewed email from David to Defendant's Counsel granting discovery response extension, discussing drafting of Settlement Agreement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 02/05/2025 | Researched and gathered admission docs for David | Gustavo Ponce | $395.00 | 0.5 | $197.50 |
| 02/05/2025 | Reviewed email from Defendant's Counsel: agreed to a settlement agreement in this matter and our office is preparing a draft now. | Mona Amini | $725.00 | 0.2 | $145.00 |
| 02/06/2025 | Sent email to Defendant's Counsel re Settlement Agreement | David McGlothlin | $625.00 | 0.2 | $125.00 |
| 02/06/2025 | Reviewed email from Defendant's Counsel re Settlement Agreement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 02/06/2025 | Reviewed email from David to Abbas re update on settlement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 02/06/2025 | Reviewed email from Abbas re motions and next steps | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 02/06/2025 | Put in request for David's COGS to finish application | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 02/06/2025 | Sent fee for David's EDWI application to accounting | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 02/28/2025 | Drafted and filed Notice of Settlement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 03/12/2025 | Reviewed email from Defendant's Counsel to John Rossman to David re class Settlement Agreement | Mona Amini | $725.00 | 0.2 | $145.00 |
| 03/14/2025 | Reviewed email from Defendant's Counsel re first draft of Settlement Agreement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 03/14/2025 | edits to class action Settlement Agreement | Gustavo Ponce | $395.00 | 1.5 | $592.50 |
| 03/14/2025 | Sent email to David re edit to Settlement Agreement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 03/28/2025 | Reserach and edits to class Settlement Agreement v2. | Gustavo Ponce | $395.00 | 2.2 | $869.00 |
| 03/28/2025 | Emailed Settlement Agreement v2.0 to DM | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 04/01/2025 | Reviewed email from Defendant's Counsel to David re draft Settlement Agreement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 04/01/2025 | Researched past settlement agreements in FDCPA class action settlements | Gustavo Ponce | $395.00 | 0.7 | $276.50 |
| 04/01/2025 | Reviewed email from Defendant's Counsel re draft Settlement Agreement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 04/08/2025 | Reviewed email from David that he is working on the class Settlement Agreement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 04/08/2025 | Reviewed email from David to Defendant's Counsel re Settlement Agreement, trying to move it forward | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 05/05/2025 | Reviewed order from Court re preliminary approval of class action settlement | Mona Amini | $725.00 | 0.2 | $145.00 |
| 05/07/2025 | Sent follow up email to Defendant's Counsel re Settlement Agreement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 05/07/2025 | Prepared David's EDWI admission | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 05/08/2025 | Reviewed email from Defendant's Counsel with redlines to Settlement Agreement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 05/08/2025 | Prepared Eastern District Attorney Admission Documents | Gustavo Ponce | $395.00 | 0.4 | $158.00 |

| Date | Description | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/08/2025 | Order Certificate of Good Standing from Central District of California | Gustavo Ponce | $395.00 | 0.1 | $39.50 |
| 05/08/2025 | Received Certificate of Good Standing (CA - CD) for David | Gustavo Ponce | $395.00 | 0.1 | $39.50 |
| 05/08/2025 | Reviewed email from Defendant's Counsel to Gustavo re Settlement Agreement papers + exhibits | Mona Amini | $725.00 | 0.2 | $145.00 |
| 05/13/2025 | Reviewed email from David re Settlement Agreement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 05/13/2025 | reviewed Settlement Agreement and exhibits. sent David my thouhgts on edits etc | Gustavo Ponce | $395.00 | 0.8 | $316.00 |
| 05/16/2025 | Drafted and sent emails to Defendant's Counsel re Settlement Agreement discussions | David McGlothlin | $625.00 | 0.3 | $187.50 |
| 05/16/2025 | Reviewed email from David to Defendant's Counsel re availability for call re Settlement Agreement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 05/16/2025 | Call with David re: Settlement Agreement revisions | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 05/16/2025 | Reviewed email from David to Defendant's Counsel re availability for call re Settlement Agreement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 05/16/2025 | Reviewed email from Defendant's Counsel re availability for call re Settlement Agreement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 05/19/2025 | Teams videoconference with Defendant's counsel re: draft Settlement Agreement and exhibits | David McGlothlin | $625.00 | 0.4 | $250.00 |
| 05/19/2025 | 23 minute call with Defendant's Counsel re Class Settlement Agreement edits | Gustavo Ponce | $395.00 | 0.4 | $158.00 |
| 05/19/2025 | Video Call with Defendant's counsel to discuss draft Settlement Agreement and Exhibits thereto, now | Mona Amini | $725.00 | 0.4 | $290.00 |
| 05/23/2025 | Drafted and sent emails to Defendant's Counsel re: Settlement Agreement | David McGlothlin | $625.00 | 0.2 | $125.00 |
| 05/23/2025 | Worked on Prelim App Motion draft | Gustavo Ponce | $395.00 | 3.8 | $1,501.00 |
| 05/23/2025 | Finalized David's application to Eastern District of Wisconsin | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 05/27/2025 | Email exchange with Gustavo re: draft Settlement Agreement papers | David McGlothlin | $625.00 | 0.2 | $125.00 |
| 05/27/2025 | Reviewed revised draft of Settlement Agreement papers | David McGlothlin | $625.00 | 1.3 | $812.50 |
| 05/27/2025 | Worked on drafting Prelim App. Motion | Gustavo Ponce | $395.00 | 2.9 | $1,145.50 |
| 05/27/2025 | Reviewed email from Defendant's Counsel re paragraph 6 of Settlement Agreement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 05/27/2025 | Reviewed email from David re Settlement Agreement. | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 05/27/2025 | Reviewed and made edits to Settlement Agreement. sent back to team v4 | Gustavo Ponce | $395.00 | 0.5 | $197.50 |
| 05/28/2025 | Worked on Prelim App. Motion, continued drafting | Gustavo Ponce | $395.00 | 3.6 | $1,422.00 |
| 05/28/2025 | Reviewed email from DM to Defendant's Counsel re SA with edits | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 05/29/2025 | Legal research and continued working on draft Prelim App. Motion | Gustavo Ponce | $395.00 | 4.6 | $1,817.00 |
| 05/29/2025 | Pay EDWI admission fee and send paid invoice to acct. Id: AWIEDC-4962049 Code: 05239G | Gustavo Ponce | $395.00 | 0.1 | $39.50 |
| 05/30/2025 | Prepped draft declarations for David and Plaintiff in support of Prelim App Motion | Gustavo Ponce | $395.00 | 2.3 | $908.50 |
| 05/30/2025 | Reviewed email from Defendant's Counsel with Settlement Agreement edits. | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 05/30/2025 | reviewed and compared Settlement Agreement documents. | Gustavo Ponce | $395.00 | 0.5 | $197.50 |
| 05/30/2025 | Sent email to David re Settlement Agreement edits | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 05/30/2025 | Reviewed email from David to Defendant's Counsel approving draft of Settlement Agreement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 05/30/2025 | Reviewed email from Defendant's Counsel with final Settlement Agreement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 05/30/2025 | Email to Matt McKenna re final Settlement Agreement and signatures | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 05/30/2025 | Reviewed email from Matt McKenna with questions from team and signed Settlement Agreement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 05/30/2025 | finished reviewing motion and declarations. sent to Mona and David | Gustavo Ponce | $395.00 | 1.8 | $711.00 |
| 06/02/2025 | Reviewed email from Matt McKenna re Settlement Agreement signatures | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 06/02/2025 | Sent email to Defendant's Counsel re Defendant's signature on Settlement Agreement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 06/02/2025 | Reviewed and made additional revisions to draft Motion for Prelim Approval papers | Gustavo Ponce | $395.00 | 0.9 | $355.50 |
| 06/02/2025 | Sent email to Defendant's Counsel with Motion for Prelim Approval | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 06/02/2025 | Reviewed and made edits to draft MPA papers (still in redline), saved revised drafts (v3) to FM/DB for Gustavo to review again before sending to D counsel; reviewed local rules and page limit is 30 pgs | Mona Amini | $725.00 | 1.6 | $1,160.00 |
| 06/03/2025 | Reviewed email from Defendant's Counsel with signed Settlement Agreement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 06/03/2025 | emailed Defendant's Counsel re additional signatures needed | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 06/03/2025 | Reviewed email from Defendant's Counsel - with signed page we were missing | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 06/03/2025 | Sent email to ALL with fully executed Settlement Agreement | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 06/03/2025 | Reviewed email from Defendant's Counsel with draft of the declaration to settlement administrator. | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 06/03/2025 | Reviewed draft dec from settlement admin, reviewed Settlement Agreement, emailed Gustavo and David my proposed edits | Mona Amini | $725.00 | 0.4 | $290.00 |
| 06/04/2025 | Made edits to Motion and sent to Mona | Gustavo Ponce | $395.00 | 0.4 | $158.00 |
| 06/04/2025 | Sent email to Defendant's Counsel with updated motion and class admin decl. | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 06/04/2025 | Sent email to Defendant's Counsel re whether Defendant will oppose prelim motion | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 06/04/2025 | Reviewed email from Defendant's Counsel that Defendant will not oppose prelim motion | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 06/04/2025 | Send Decl. for signature | Gustavo Ponce | $395.00 | 0.1 | $39.50 |
| 06/04/2025 | e-Filed Dkt 19 - Class Approval Motion and ISOs | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 06/04/2025 | Reviewed email from Defendant's Counsel re revised/signed dec from settlement admin. Discussed with Gustavo and we will look at it and touch base with Defendant counsel | Mona Amini | $725.00 | 0.4 | $290.00 |
| 06/04/2025 | Reviewed Gustavo's revised draft declaration, made edits, sent back to Gustavo to do final review/clean up before sending to Defendant counsel with our suggested additions | Mona Amini | $725.00 | 0.5 | $362.50 |
| 06/05/2025 | Reviewed ECF Notice re MPA filing: Certain attachments to this document should have been filed as separate entries - Declarations should be filed as stand-alone events. No need to refile. | Mona Amini | $725.00 | 0.2 | $145.00 |
| 07/28/2025 | Reviewed file. MPA filed last month, no hearing date set, waiting for the Court's order on preliminary approval | Mona Amini | $725.00 | 0.2 | $145.00 |
| 08/27/2025 | Searched and reviewed docket - MPA filed, waiting on Order, no hearing scheduled | Mona Amini | $725.00 | 0.2 | $145.00 |
| 10/01/2025 | Reviewed file - waiting on either hearing or an Order Plaintiff's Motion for Preliminary Approval, no hearing scheduled | Mona Amini | $725.00 | 0.2 | $145.00 |
| 10/10/2025 | Discussed timeline of events from preliminary approval notice period, and time needed before final approval hearing with Mona | David McGlothlin | $625.00 | 0.2 | $125.00 |
| 10/10/2025 | Reviewed email from the Clerk reaching out about the pending motion for settlement preliminary approval and class certification in the above-captioned case, ECF No. 19. Please respond with the | Mona Amini | $725.00 | 0.2 | $145.00 |
| 10/10/2025 | Reviewed Settlement Agreement and made calculation of timeline btwn preliminary approval through final approval | Mona Amini | $725.00 | 0.7 | $507.50 |
| 10/10/2025 | Discussion with David re timeline btwn preliminary approval and final approval | Mona Amini | $725.00 | 0.2 | $145.00 |
| 10/10/2025 | Responded to email from Clerk stating Plaintiff's counsel requests a minimum of 120 days between the entry of the Preliminary Approval Order and the Final Fairness/Approval Hearing. | Mona Amini | $725.00 | 0.2 | $145.00 |
| 10/15/2025 | Reviewed Court ORDER granting motion for preliminary approval | Mona Amini | $725.00 | 0.2 | $145.00 |
| 10/15/2025 | Emailed Defendant's counsel re: preliminary approval order | Mona Amini | $725.00 | 0.2 | $145.00 |
| 10/15/2025 | Reviewed draft Settlement Agreement | Mona Amini | $725.00 | 1.8 | $1,305.00 |
| 10/15/2025 | Reviewed email from Defendant's Counsel asking for alteration to post-PA timeline re: final approval motion filing deadline. Responded. | Mona Amini | $725.00 | 0.2 | $145.00 |
| 10/15/2025 | Reviewed email from Settlement Administrator | Mona Amini | $725.00 | 0.2 | $145.00 |
| 10/15/2025 | Responded to email from Settlement Administrator | Mona Amini | $725.00 | 0.2 | $145.00 |
| 10/20/2025 | Email exchange with Gustavo re: next steps/strategy moving fwd | David McGlothlin | $625.00 | 0.2 | $125.00 |
| 10/20/2025 | Sent email to David re case, steps, plan, and Matt McKenna | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 10/20/2025 | Sent Defendant's counsel f/u email re timing of getting the class list/data to the settlement administrator | Mona Amini | $725.00 | 0.2 | $145.00 |
| 10/20/2025 | Reviewed email from Defendant's counsel re: status of class list/data -- they are inserting the addresses into the list now, which is a manual process and will provide the list as soon as we receive it from their | Mona Amini | $725.00 | 0.2 | $145.00 |
| 10/21/2025 | Reviewed email exchange from settlement administrator and Defendant's counsel ,received confirmation that Defendant will be making the class list available today | Mona Amini | $725.00 | 0.2 | $145.00 |
| 10/21/2025 | Reviewed email from Defendant's counsel providing Class List, reviewed file and their comments | Mona Amini | $725.00 | 0.5 | $362.50 |
| 10/22/2025 | Reviewed email from Settlement Administrator re: questions about the Class List | Mona Amini | $725.00 | 0.2 | $145.00 |
| 10/27/2025 | Reviewed emails regarding the Class List/Class Members' data and discussed with Mona | David McGlothlin | $625.00 | 0.4 | $250.00 |
| 10/27/2025 | Reviewed additional emails from Settlement Administrator and Defendant's counsel re: Class List and data | Mona Amini | $725.00 | 0.2 | $145.00 |
| 10/27/2025 | Discussed Class List with David | Mona Amini | $725.00 | 0.2 | $145.00 |
| 10/31/2025 | Email exchange with Defendant's counsel re: the Class Notice | David McGlothlin | $625.00 | 0.2 | $125.00 |
| 10/31/2025 | Email exchange with Settlement Administrator re: revisions to the Class Notice | David McGlothlin | $625.00 | 0.2 | $125.00 |
| 10/31/2025 | Call with Defendant's Counsel to discuss class list/notice | David McGlothlin | $625.00 | 0.2 | $125.00 |
| 10/31/2025 | Emails with Defendant's Counsel | David McGlothlin | $625.00 | 0.4 | $250.00 |

| Date | Description | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/31/2025 | Emailed Settlement Admin confirmation re: class list/notice | David McGlothlin | $625.00 | 0.2 | $125.00 |
| 10/31/2025 | Call with Defendant's Counsel and David re settlement details | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 10/31/2025 | Reviewed email from Defendant's Counsel re call re settlement details | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 10/31/2025 | Reviewed email from David to Defendant's Counsel re settlement details | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 10/31/2025 | Reviewed Class List and made notes to review with David | Gustavo Ponce | $395.00 | 0.6 | $237.00 |
| 10/31/2025 | Reviewed email from Defendant's Counsel re individual excluded from the Class List | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 10/31/2025 | Reviewed additional email from Defendant's Counsel re corrections to Class List | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 10/31/2025 | Reviewed email from Class Admin re Class List and mail notice | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 10/31/2025 | Reviewed emails from Defendant's counsel | Mona Amini | $725.00 | 0.3 | $217.50 |
| 10/31/2025 | Reviewed email correspondence from Defendant's counsel re: Class Notice revisions and mailing | Mona Amini | $725.00 | 0.2 | $145.00 |
| 10/31/2025 | Discussed emails from Defendant's counsel re: Notice with David and Gustavo | Mona Amini | $725.00 | 0.2 | $145.00 |
| 11/03/2025 | Reviewed revisions to Notice and exchanged emails with Settlement Admin to confirm that the Notice | David McGlothlin | $625.00 | 0.4 | $250.00 |
| 11/03/2025 | Reviewed Notice revisions | Mona Amini | $725.00 | 0.4 | $290.00 |
| 11/05/2025 | Reviewed Order granting Motion for Preliminary Approval | David McGlothlin | $625.00 | 0.7 | $437.50 |
| 11/05/2025 | Discussion with Mona re: Order granting Motion for Prelim Approval | David McGlothlin | $625.00 | 0.6 | $375.00 |
| 11/05/2025 | Reviewed email from Settlement Admin confirming that they'll proceed with mailing notice and advise us of the mailing date | Mona Amini | $725.00 | 0.2 | $145.00 |
| 11/05/2025 | Discussed Preliminary Approval Order with David | Mona Amini | $725.00 | 0.6 | $435.00 |
| 11/05/2025 | Reviewed Preliminary Approval Order, calculated and created timeline of dates through final approval. Created memo re the points raised by the Court in the Preliminary Approval Order which should be addressed in the fee motion and final approval motion | Mona Amini | $725.00 | 1.6 | $1,160.00 |
| 11/06/2025 | Reviewed email from Settlement Administrator confirming Notices to Class are going out today | Mona Amini | $725.00 | 0.2 | $145.00 |
| 11/25/2025 | Call with Defendant's Counsel and Matt McKenna | David McGlothlin | $625.00 | 0.2 | $125.00 |
| 11/25/2025 | Email exchange and call with Matt McKenna re draft Motion for Fees, Costs, and Service Award | Mona Amini | $725.00 | 0.2 | $145.00 |
| 11/26/2025 | Research for draft Motion for Attorney's Fees, Costs, and Service Award | Mona Amini | $725.00 | 1.7 | $1,232.50 |
| 12/02/2025 | Started Draft Motion for Attorney's Fees, Costs, and Service Award | Mona Amini | $725.00 | 1.8 | $1,305.00 |
| 12/03/2025 | Work on draft Motion for Attorney's Fees, Costs, and Service Award | Mona Amini | $725.00 | 3.2 | $2,320.00 |
| 12/04/2025 | Reviewed working draft of fee petition. | David McGlothlin | $625.00 | 2.6 | $1,625.00 |
| 12/05/2025 | Audited KLG billing, reviewed lodestar and costs | Mona Amini | $725.00 | 2.4 | $1,740.00 |
| 12/08/2025 | Reviewed initial draft of fee motion, inserted comments for edits | David McGlothlin | $625.00 | 2.8 | $1,750.00 |
| 12/09/2025 | Reviewed David's comments/notes on draft Motion | Mona Amini | $725.00 | 1.4 | $1,015.00 |
| 12/10/2025 | Reviewed co-counsel's declaration, docket, and confirmed their costs | Gustavo Ponce | $395.00 | 0.5 | $197.50 |
| 12/10/2025 | Revised draft motion for fees and costs | Mona Amini | $725.00 | 2.6 | $1,885.00 |
| 12/10/2025 | Email exchanges with co-counsel re: their lodestar and costs | Mona Amini | $725.00 | 0.2 | $145.00 |
| 12/11/2025 | Reviewed draft Dec, made notes to update additional info. | David McGlothlin | $625.00 | 1.9 | $1,187.50 |
| 12/11/2025 | Revisions on draft memo of law for fee motion | Gustavo Ponce | $395.00 | 1.2 | $474.00 |
| 12/11/2025 | Research for draft motion, additional cases to cite | Gustavo Ponce | $395.00 | 2.1 | $829.50 |
| 12/11/2025 | Worked on draft Class Counsel Decl. for KLG, included sections re: experience/training/results | Mona Amini | $725.00 | 2.8 | $2,030.00 |
| 12/12/2025 | Final review of motion papers, made calculations for lodestar/costs | David McGlothlin | $625.00 | 3.2 | $2,000.00 |
| 12/12/2025 | Reviewed David's notes, revised draft KLG declaration | Mona Amini | $725.00 | 2.3 | $1,667.50 |
| 12/12/2025 | Revised draft Motion, updated with cites to class counsel decs | Mona Amini | $725.00 | 3.6 | $2,610.00 |
| 12/12/2025 | Revisions on draft motion papers | Mona Amini | $725.00 | 1.4 | $1,015.00 |
| 12/12/2025 | Filed Motion for Attorney's Fees, Costs, and Service Award and Dec.'s of Class Counsel | Mona Amini | $725.00 | 0 | $0.00 |
| 12/15/2025 | Reviewed Notice of Electronic Filing Error re: Motion for Fees, Costs, and Service Award and checked local rules | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 12/31/2025 | Received and reviewed Defendant's Opposition to Plaintiff's Motion for Award of Attorney's Fees | David McGlothlin | $625.00 | 1.4 | $875.00 |
| 01/02/2026 | Reviewed Defendant's Opposition to Motion for Fees, Costs, and Service Award, prep memo re: args | Gustavo Ponce | $395.00 | 1.7 | $671.50 |
| 01/02/2026 | Reviewed GPs memo re: Defendant's Oppo to Plaintiff's Motion for Award of Fees, made notes | Mona Amini | $725.00 | 1.2 | $870.00 |
| 01/05/2026 | Reviewed Local Rules re: briefing schedule and page limits for Oppo and Reply briefs | Gustavo Ponce | $395.00 | 0.2 | $79.00 |
| 01/08/2026 | Reviewed memo from Gustavo and discussed fee motion Reply with Mona | David McGlothlin | $625.00 | 0.7 | $437.50 |
| 01/08/2026 | Discussed Defendant's Oppo and Plaintiff's Reply re: Motion for Award of Fees with David | Mona Amini | $725.00 | 0.4 | $290.00 |
| 01/09/2026 | Outlined draft Reply Brief in support of Motion for Award of Attorney's Fees, Costs, Service Award | Gustavo Ponce | $395.00 | 0.6 | $237.00 |
| 01/10/2026 | Reviewed Defendant's Opposition and worked on draft Reply | Mona Amini | $725.00 | 1.4 | $1,015.00 |
| 01/12/2026 | Research for Reply in support of Motion for Award of Attorney's Fees, Costs, Service Award | Gustavo Ponce | $395.00 | 0.9 | $355.50 |
| 01/12/2026 | Reviewed email from Defendant's counsel re: opt out list from Settlement Administrator, checked file | Mona Amini | $725.00 | 0.2 | $145.00 |
| 01/12/2026 | Reviewed email from Settlement Administrator re: opt out, checked and confirmed opt out request was | Mona Amini | $725.00 | 0.2 | $145.00 |
| 01/13/2026 | Continued working on draft Reply brief | Mona Amini | $725.00 | 0.8 | $580.00 |
| 01/14/2026 | Reviewed draft reply in support of Fee Motion and discussed my notes with Mona and Gustavo | David McGlothlin | $625.00 | 1.3 | $812.50 |
| 01/14/2026 | Email exchange with Defendant's counsel regarding Reply brief filing and scheduling call | David McGlothlin | $625.00 | 0.2 | $125.00 |
| 01/14/2026 | Discussed draft Reply brief with David | Mona Amini | $725.00 | 0.4 | $290.00 |
| 01/14/2026 | Exchanged communications with Matt McKenna re: draft Reply Brief, Declaration, and Exhibit | Mona Amini | $725.00 | 0.2 | $145.00 |
| 01/14/2026 | Finalized draft Reply Brief and prepared draft declaration and exhibits for filing | Mona Amini | $725.00 | 0.6 | $435.00 |
| 01/14/2026 | Filed reply in support of Motion for Attorney's Fees, Costs, and Service Award, Counsel Decs + Exhibits | Mona Amini | $725.00 | 0 | $0.00 |
| 01/15/2026 | Reviewed FDCPA case provided by Defenant's counsel before scheduled call | David McGlothlin | $625.00 | 0.3 | $187.50 |
| 01/15/2026 | Call with Defenant's counsel re: motion practice, sur-reply, and final approval motion | David McGlothlin | $625.00 | 0.2 | $125.00 |
| 01/15/2026 | Conferred with David regarding call with Defendant's counsel | David McGlothlin | $625.00 | 0.1 | $62.50 |
| 01/15/2026 | Reviewed draft declaration from Settlement Administrator re: notice and confirmation of opt outs and | Mona Amini | $725.00 | 0.3 | $217.50 |
| 01/15/2026 | Reviewed email from Defendant's counsel and attached court of appeals opinion provided therein | Mona Amini | $725.00 | 0.4 | $290.00 |
| 01/16/2026 | Drafted stipulation and proposed order for leave for Defenant's sur-reply, clarification of the date of the | Gustavo Ponce | $395.00 | 0.5 | $197.50 |
| 01/16/2026 | Reviewed draft stipulation and proposed order re sur-reply and sent to Defendant's counsel for review and approval to file | Mona Amini | $725.00 | 0.1 | $72.50 |
| 01/19/2026 | Revised draft stipulation per Defendant's request and responded to email from Defendant's counsel re revised draft stipulation and proposed order, confirmed edit made and our office will handle filing | Mona Amini | $725.00 | 0.2 | $145.00 |
| 01/19/2026 | Filed Stipulation and Proposed Order for leave to file sur-reply, clarification of briefing schedule, and request to appear via Zoom or telephone at the Final Approval Hearing | Mona Amini | $725.00 | 0 | $0.00 |
| 01/19/2026 | Reviewed Notice of Electronic Filing Error re: joint motion and correction to docket entry | Mona Amini | $725.00 | 0 | $0.00 |
| 01/20/2026 | Research for final approval motion | Gustavo Ponce | $395.00 | 0.6 | $237.00 |
| 01/23/2026 | Multiple email exchanges with Defendant's counsel re: fee motion and sur-reply | David McGlothlin | $625.00 | 0.2 | $125.00 |
| 01/23/2026 | Started drafting Motion for Final Approval | Mona Amini | $725.00 | 0.9 | $652.50 |
| 01/26/2026 | Reviewed Defendant's Sur-Reply re: Plaintiff's fee motion | David McGlothlin | $625.00 | 0.6 | $375.00 |
| 01/26/2026 | Reached out to Settlement Administrator re: declaration | Mona Amini | $725.00 | 0.1 | $72.50 |
| 01/26/2026 | Continued working on draft Motion for Final Approval | Mona Amini | $725.00 | 1.6 | $1,160.00 |
| 01/27/2026 | Reviewed emails from Defendant's counsel re: declaration confirming CAFA Notices sent in Oct. 2025. Looked over draft declaration and exhibits | Mona Amini | $725.00 | 0.2 | $145.00 |
| 01/28/2026 | Reviewed procedural history and declaration from Settlement Administrator and repared revised/updated draft of Proposed Order granting Motion for Final Approval | Mona Amini | $725.00 | 0.5 | $362.50 |
| 01/29/2026 | Work on draft Declaration in support of Motion for Final Approval | Mona Amini | $725.00 | 1.4 | $1,015.00 |
| 01/30/2026 | Reviewed draft Motion for Final Approval and Proposed Order | David McGlothlin | $625.00 | 1.2 | $750.00 |
| 01/30/2026 | Multiple email exchanges with Defendant's Counsel re: final approval motion | David McGlothlin | $625.00 | 0.2 | $125.00 |
| 01/30/2026 | Email exchange with Defendant's counsel re: revised draft of motion, confirmed unopposed | Mona Amini | $725.00 | 0.1 | $72.50 |
| 01/30/2026 | Final revisions to draft Motion for Final Approval, Declaration in support, and updated proposed Final | Mona Amini | $725.00 | 1.3 | $942.50 |
| 01/30/2026 | Reviewed Defendant's comments/edits on draft Motion for Final Approval, made revisions to draft motion and incorporated revisions from Defendant | Mona Amini | $725.00 | 0.3 | $217.50 |
| | | | | 163.8 | $89,828.00 |